ANTHONY L. CANNON (CA Bar No. 162986)
**CANNON & NELMS**
160 S. Old Spring Road, Suite 200
Anaheim, CA 92808
Telephone: (714) 637-4400
Facsimile: (714) 637-4444
tcannon@cannonnelms.com

EDWARD P. WALKER (*Admitted Pro Hac Vice*)
JOHN W. O'MEARA (*Admitted Pro Hac Vice*)
**OLIFF & BERRIDGE, PLC**
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400; Facsimile: (703) 836-2787
ewalker@oliff.com
jomeara@oliff.com

**Attorneys for Defendant,**
**Roger Cleveland Golf Company, Inc.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ROGER CLEVELAND GOLF COMPANY, INC., a California Corporation, <br><br> Defendant/Counterclaim Plaintiff | Case No. SACV10-1198 CJC (RNBx) <br><br> Hon. Cormac J. Carney <br><br> **DECLARATION OF EDWARD P. WALKER IN SUPPORT OF CLEVELAND GOLF'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT PLAINTIFF IS PRECLUDED FROM RECOVERING DAMAGES FOR PRODUCTS PRESENT IN THE UNITED STATES BEFORE JANUARY 5, 2010** <br><br> Hearing Date: January 10, 2011 <br> Time: 1:30 p.m. <br> Place: Courtroom 9B <br> Judge: Hon. Cormac J. Carney |

1    I, Edward P. Walker, declare as follows:

2    1.    I am a Member of Oliff & Berridge, PLC, counsel of record for

3    Defendant/Counterclaim Plaintiff Roger Cleveland Golf Company, Inc. in this

4    matter. I have been admitted *pro hac vice* in this case.

5    2.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent

6    No. 5,735,754 ("'754 Patent").

7    3.    Attached hereto as Exhibit 2 is a true and correct copy of a Certificate

8    of Correction issued by the U.S. Patent and Trademark Office ("USPTO") with

9    respect to the '754 Patent on July 1, 2008.

10    4.    Attached hereto as Exhibit 3 is a true and correct copy of an Ex Parte

11    Reexamination Certificate issued by the USPTO with respect to the '754 Patent on

12    January 5, 2010.

13    5.    Attached hereto as Exhibit 4 is a true and correct copy of the Initial

14    Disclosures of Plaintiff/Counterclaim Defendant The Irrevocable Trust of Anthony

15    J. Antonious ("Plaintiff" or "Antonious," also referring to Mr. Anthony J.

16    Antonious).

17    6.    Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent

18    Application Serial No. 08/759,924 ("'754 Patent application"), filed by Antonious in

19    the USPTO on December 4, 1996, which ultimately issued as the '754 Patent (with

20    handwritten mark-ups by USPTO Examiner).

21    7.    Attached hereto as Exhibit 6 is a true and correct copy of a June 9,

22    1997 USPTO Office Action in the '754 Patent application.

23    8.    Attached hereto as Exhibit 7 is a true and correct copy of a June 24,

24    1997 Amendment filed by Antonious in the '754 Patent application (with

25    handwritten mark-ups by USPTO Examiner).

26    9.    Attached hereto as Exhibit 8 is a true and correct copy of a July 18,

27    1997 USPTO Notice of Allowance in the '754 Patent application.

28

2

1    10.   Attached hereto as Exhibit 9 is a true and correct copy of a Request for

2  Ex Parte Reexamination of the '754 Patent (without exhibits) filed by a third-party

3  requester in the USPTO on September 2, 2008.

4    11.   Attached hereto as Exhibit 10 is a true and correct copy of an Order

5  Granting Request For Ex Parte Reexamination issued by the USPTO on November

6  7, 2008.

7    12.   Attached hereto as Exhibit 11 is a true and correct copy of a March 23,

8  2009 USPTO Office Action in the '754 Patent reexamination.

9    13.   Attached hereto as Exhibit 12 is a true and correct copy of an April 22,

10  2009 Amendment filed by Antonious in the '754 Patent reexamination.

11    14.   Attached hereto as Exhibit 13 is a true and correct copy of a

12  Declaration of John Gillig under 37 C.F.R. §1.132 submitted by Antonious in the

13  '754 Patent reexamination with the April 22, 2009 Amendment.

14    15.   Attached hereto as Exhibit 14 is a true and correct copy of a

15  Declaration of Douglas Winfield under 37 C.F.R. §1.132 submitted by Antonious in

16  the '754 Patent reexamination with the April 22, 2009 Amendment.

17    16.   Attached hereto as Exhibit 15 is a true and correct copy of an August

18  27, 2009 USPTO Office Action in the '754 Patent reexamination.

19    17.   Attached hereto as Exhibit 16 is a true and correct copy of a September

20  24, 2009 Amendment filed by Antonious in the '754 Patent reexamination.

21    18.   Attached hereto as Exhibit 17 is a true and correct copy of a Notice Of

22  Intent To Issue Ex Parte Reexamination Certificate issued by the USPTO on

23  October 9, 2009 in the '754 Patent reexamination.

24    19.   Attached hereto as Exhibit 18 are true and correct copies of three prior

25  art references cited during the '754 Patent reexamination showing the Air Bear golf

26  club head.

27    20.   Attached hereto as Exhibit 19 is a true and correct copy of prior art

28  U.S. Patent No. 6,257,991 to Ortiz.

3

1      21.    Attached hereto as Exhibit 20 is a true and correct copy of prior art

2  U.S. Patent No. Des. 350,176 to Antonious.

3      22.    Attached hereto as Exhibit 21 is a true and correct copy of prior art

4  U.S. Patent No. Des. 363,961 to Krzynowek et al.

5      23.    Attached hereto as Exhibit 22 is a true and correct copy of prior art

6  U.S. Patent No. Des. 372,063 to Hueber.

7      24.    Attached hereto as Exhibit 23 is a true and correct copy of prior art

8  U.S. Patent No. 5,456,469 to MacDougall.

9      25    Attached hereto as Exhibit 24 is a copy of the decision in *Kim v.*

10  *Earthgrains Co.*, 2010 WL 625220 (N.D.Ill. Feb. 18, 2010).

11      26    Attached hereto as Exhibit 25 is a copy of the decision in *I-Flow Corp.*

12  *v. Apex Medical Tech., Inc.*, 2010 WL 144405 (S.D. Cal. Jan. 12, 2010).

13      27    Attached hereto as Exhibit 26 is a copy of the decision in *Abbey v.*

14  *Robert Bosch GmbH*, 1999 WL 819683 (Fed. Cir. Oct. 6, 1999).

15      28    Attached hereto as Exhibit 27 is a copy of 35 U.S.C. §307(b).

16      29    Attached hereto as Exhibit 28 is a copy of 35 U.S.C. §252.

17      30.    Attached hereto as Exhibit 29 is a copy of a portion of Chisum, *Patents*,

18  §15.05[1][a] (2005).

19      31.    Attached hereto as Exhibit 30 is a copy of the decision in *Atlantic*

20  *Construction Fabrics, Inc. v. Metrochem, Inc.*, 2008 WL 4414763 (W.D. Wash.

21  Sept. 24, 2008).

22      32.    Exhibits 1-3 and 5-30 are publicly available documents.  Exhibits 1-3

23  and 5-23 are from public records of the USPTO.

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed this 13th day of December, 2010.

26

27

Edward P. Walker

28

US005735754A

# United States Patent [19]

## Antonious

| [11] | Patent Number: | 5,735,754 |
|---|---|---|
| [45] | Date of Patent: | Apr. 7, 1998 |

[54] **AERODYNAMIC METAL WOOD GOLF CLUB HEAD**

[76] Inventor: **Anthony J. Antonious**, 7738 Calle Facil, Sarasota, Fla. 34238

[21] Appl. No.: **759,924**

[22] Filed: **Dec. 4, 1996**

[51] Int. Cl.$^6$ ................................................ **A63B 53/04**
[52] U.S. Cl. .......................................... **473/328**; 473/345
[58] Field of Search ........................... D21/214, 215, D21/216, 217, 218, 219, 220; 473/327, 328, 324, 228, 286, 345, 346

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| D. 350,176 | 8/1994 | Antonious | D21/214 |
|---|---|---|---|
| D. 363,749 | 10/1995 | Kenmi | D21/214 |
| D. 364,204 | 11/1995 | Lin | D21/214 |
| 2,041,676 | 5/1936 | Gallagher | 473/328 |
| 2,550,846 | 5/1951 | Milligan | 473/327 |
| 3,841,639 | 10/1974 | Werner | 473/286 |
| 5,271,622 | 12/1993 | Rogerson | 473/327 |
| 5,314,185 | 5/1994 | Gorman | 473/327 |
| 5,456,469 | 10/1995 | MacDougall | 473/328 |
| 5,467,988 | 11/1995 | Henwood | 473/328 |
| 5,524,890 | 6/1996 | Kim | 473/327 |

*Primary Examiner*—Sebastiano Passaniti
*Attorney, Agent, or Firm*—Aquilino & Welsh

[57]                   **ABSTRACT**

A metal wood type golf club head having a c-shaped aerodynamic configuration formed in the bottom surface adjacent a rear surface and having an open end extending forwardly toward the ball striking face in combination with a skid surface.

**8 Claims, 3 Drawing Sheets**



EXHIBIT 1
Page 5

**U.S. Patent**          Apr. 7, 1998          Sheet 1 of 3          **5,735,754**



FIG. 1

FIG. 2

FIG. 3

EXHIBIT 1
Page 6



FIG. 4

FIG. 5

FIG. 6

FIG. 7

EXHIBIT 1
Page 7



*FIG. 8*

*FIG. 9*

*FIG. 10*

EXHIBIT 1
Page 8

**1**

### AERODYNAMIC METAL WOOD GOLF CLUB HEAD

#### BACKGROUND OF THE INVENTION

The present invention relates to golf club heads and in particular to a metal wood type golf club head having an improved aerodynamic surface on the bottom rear of the sole.

Wood and metal wood type golf club heads are used for hitting a golf ball a longer distance and are usually used for the first shot of a given golf hole from a tee position. Fairway clubs of the same type are also used "through the green" on a golf hole to obtain maximum distance in the direction of or onto a putting surface. The distance the ball travels is determined by the club head speed at the moment of impact and the weight of the club head in accordance with well known laws of physics. Typical wood and metalwood golf club of this type have aerodynamic surfaces, but conventional shapes create substantial air turbulence, which, in turn, causes adverse erratic movement and aerodynamic drag that reduces the club head speed generated for a given force developed by a golfer for a particular golf swing.

Over the years, club heads have been developed with aerodynamic shapes to increase club head speed by reducing the aerodynamic drag of the club head as it is swung. Prior art examples of these type of golf club heads include U.S. Pat. Nos. D275,412 to Simmons, 2,550,840 to Milligan, 3,997,170 to Goldberg, 4,065,133 to Gordos, 4,900,029 to Sinclair, 5,203,565 to Murray et al, and 5,467,989 to Good et al. as well as my own U.S. Pat. Nos. 4,828,265, 4,930,783, 5,004,241, 5,193,810, 5,221,086 and 5,511,786 among others.

#### SUMMARY OF THE INVENTION

The present invention represents an improvement over known prior art wood type golf club heads by providing an aerodynamic surface on the bottom sole adjacent the rear edge of the club head, which produces greater club head speed when the club head is swung. This aerodynamic surface reduces undesirable air turbulence which causes aerodynamic drag and creates a smoother, laminar type air flow around the club head. A golf club using this improvement permits a golfer to hit longer and straighter golf shots for a given applied swing force. The aerodynamic structure also creates increased aerodynamic stability of the club head resulting in increased control of the club head position during the swing, especially at impact, thereby producing more consistent golf shots.

The golf club head of the present invention includes a c-shaped aerodynamic slot formed on the bottom sole surface of the club head. In a preferred embodiment, a metal wood type golf club head, having a smooth upper surface and sloped side walls, includes a c-shaped aerodynamic slot located adjacent the rear surface on the bottom surface or sole which generally follows the contours of the peripheral edges of the club head between the sole and the side walls. The open end of the c-shaped slot faces forwardly toward the front ball striking face of the club. The club head may also include a raised sole plate on the bottom surface having a spacer wall which also provides an aerodynamic effect and creates a skid structure enabling the club to skim across the ground surface when the club head is swung to hit a golf ball.

In another preferred embodiment, a venturi slot is provided between the c-shaped slot and the rear surface of the club head to further direct air flow adjacent the rear surface of the club head where most turbulence occurs.

**2**

The aerodynamic surfaces of the club head create aerodynamic effects which minimize turbulence and increase laminar air flow to reduce drag resulting in a more stable club head with higher speed for a given application of swing force by the golfer.

A primary object of the present invention is to provide a golf club head having an improved aerodynamic surface on the bottom sole adjacent the rear of the club head to substantially reduce drag and improve swing stability.

Another object is to provide a golf club head which increases club head speed and lift by concentrating air flow near the rear surface of the club head where turbulence occurs to reduce drag on the club head as it is swung.

Other objects and advantages of the present invention will become apparent in the following description of the preferred embodiments taken into conjunction with the accompanying drawings which are incorporated in and constitute a part of the specification and together with the description, serve to explain the principles of the present invention.

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a bottom view of an aerodynamic golf club head in accordance with the present invention.

FIG. 2 is a bottom perspective view of the golf club head of FIG. 1.

FIG. 3 is a rear elevational view thereof.

FIG. 4 is an end elevational view thereof.

FIG. 5 is a sectional view taken along the lines 5—5 of FIG. 3.

FIG. 6 is a bottom view of a second embodiment of an aerodynamic golf club in accordance with the present invention.

FIG. 7 is a bottom perspective view of the golf club head of FIG. 6.

FIG. 8 is rear elevational view thereof.

FIG. 9 is a bottom view of a third embodiment of the present invention.

FIG. 10 is a bottom view of a forth embodiment of the present invention.

#### DESCRIPTION OF THE PREFERRED EMBODIMENTS

The detailed embodiments of the present invention are disclosed herein. It should be understood, however, that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, the details disclosed herein are not to be interpreted as limited, but merely as the basis for the claims and as a basis for teaching one skilled in the art how to make and/or use the invention.

FIGS. 1–5 show a first embodiment of a golf club head 100 in accordance with the present invention. The golf club head 100 is conventional in shape, except for the aerodynamic surfaces and includes a hosel 112, heel 114, toe 116, upper surface 118, rear surface 120, ball striking face 122 and bottom surface 124. The bottom sole 124 includes a skid member 126 which extends outwardly from the bottom sole 124 and is separated therefrom by a spacer wall 128. A c-shaped aerodynamic slot 130 is formed on the bottom surface 124 and faces forwardly with open ends 132 of the c-shaped slot 130 being toward the ball striking face 122. Preferably, the c-shaped slot 130 extends from a point adjacent the interface of the bottom surface 124 and rear surface 120 across approximately two thirds of the distance to the ball striking face 122.

EXHIBIT 1
Page 9

5,735,754

## 3

The aerodynamic slot 130 catches air just behind the ball striking face 122 and directs it toward the rear surface 120 within the curved walls of the c-shaped slot 130 of the club head 100. The air is expelled rearwardly out of the slot to minimize turbulence and reduce drag as the club head 100 is swung. At the same time, the skid 126 and spacer walls 128 also serve to direct the air flow rearwardly to increase laminar flow in that area of the club head 100.

FIGS. 6, 7, and 8 show a second embodiment of a golf club head 200 in accordance with the present invention. This club head 200 is similar to that described to the club head hereinabove and includes a hosel 212, heel 214, toe 216, upper surface 218, rear surface 220, upper toe 230, side walls 222, a ball striking face 224, bottom surface 225, a skid 226 and a spacer wall 228 separating the skid 226 from the bottom surface 225. A c-shaped aerodynamic slot 230 is formed on the bottom surface 225 adjacent the rear surface 220. The open end of the slot 230 faces forwardly toward the ball striking face 224.

The slot 230 is formed with a venturi opening 232 which extends rearwardly and upwardly into the rear surface 220 creating an additional air channel to direct the air flow.

FIG. 9 shows another embodiment of the present invention. A golf club head 300 is similar to the club head described in FIGS. 1–5 and includes a bottom surface 325, a side surface 327 and an aerodynamic slot 330 which is offset in the direction of the toe 316 of the club head 300.

FIG. 10 shows another embodiment similar to FIG. 9. A golf club head 400 and includes a bottom surface 425, a side surface 427 and an aerodynamic slot 430 which is offset in the direction of the heel 414 of the club head 400.

It will be appreciated that the offset aerodynamic slots of FIGS. 9 and 10 allow greater club head speed at the heel or toe selectively in order to more effectively accommodate the swing characteristics of a particular golfer, whether left-handed or right-handed.

While various preferred embodiments have been shown and described, it will be understood that there is no intent to limit the invention by such disclosure, but rather, is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention as defined in the appended claims.

I claim:

1. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises:

## 4

an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; said aerodynamic configuration further including a skid surface formed on and raised from said bottom surface; said skid surface having a wall separating said skid surface from said bottom surface.

2. The aerodynamic golf club head of claim 1 further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface.

3. The aerodynamic golf club head of claim 1 wherein said slot is further defined by being offset from said heel of said club head.

4. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises:

an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; said slot being offset from a center of said bottom surface centerline passing through a longitudinal in a heel-to-toe direction.

5. The aerodynamic golf club head of claim 4 wherein said slot is offset toward said heel.

6. The aerodynamic golf club head of claim 3 wherein said slot is offset toward said toe.

7. The aerodynamic golf club of claim 1 wherein said slot is further defined by being offset from said toe of said club head.

8. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises:

an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; said aerodynamic configuration further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface.

\*  \*  \*  \*  \*

EXHIBIT 1
Page 10

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.           : 5,735,754                                              Page 1 of 1
APPLICATION NO. : 08/759924
DATED                   : April 7, 1998
INVENTOR(S)        : Anthony J. Antonious

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In Col. 4, Line 28, Claim 6: Change "3" to --4--

Signed and Sealed this

First Day of July, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

EXHIBIT 2
Page 11

US005735754C1

## (12) **EX PARTE REEXAMINATION CERTIFICATE** (7290th)

# United States Patent

## Antonious

(10) **Number:** US 5,735,754 C1

(45) **Certificate Issued:** Jan. 5, 2010

(54) **AERODYNAMIC METAL WOOD GOLF CLUB HEAD**

(75) Inventor: **Anthony J. Antonious**, Sarasota, FL (US)

(73) Assignee: **Anthony J Antonious Irrevocable Trust**, Wanaque, NJ (US)

**Reexamination Request:**
No. 90/010,266, Sep. 2, 2008

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | 5,735,754 |
| Issued: | Apr. 7, 1998 |
| Appl. No.: | 08/759,924 |
| Filed: | Dec. 4, 1996 |

Certificate of Correction issued Jul. 1, 2008.

(51) **Int. Cl.**
*A63B 53/04* (2006.01)

(52) **U.S. Cl.** ....................................... **473/328**; 473/345
(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D350,176 S | * | 8/1994 | Antonious | ................. D21/752 |
| 5,456,469 A | * | 10/1995 | MacDougall | ............... 473/328 |
| D363,961 S | | 11/1995 | Krzynowek et al. | |
| D372,063 S | | 7/1996 | Hueber | |
| 6,257,991 B1 | | 7/2001 | Ortiz | |

### OTHER PUBLICATIONS

Golf Magazine, Mar. 1994, p. 66, Ben Hogan H40 irons, H40 Woods.
Golf Digest, Mar. 1994, p. 11, Advertisement for Ben Hogan H40s.
Golf Digest, Apr. 1994, p. 93, Advertisement for Ben Hogan H40 cast clubs.
Golf Magazine, May 1994, Advertisement for Ben Hogan H40 cast clubs.
Golf Digest, May 1994, p. 175, Advertisement for Ben Hogan H40 cost clubs.
Golf Magazine, Jun. 1994, p. 145, Advertisement for Ben Hogan H40 cast clubs.
Golf Digest, Jun. 1994, p. 185, Advertisement for Ben Hogan H40 cast clubs.
Nicklaus Golf Equipment, Promotional Materials Issued Prior to the 1996 PGA Merchandise Show held in Orlando, FL on Jan. 26–29, 1996.
Petersen's Golfing, 1996, Test Drive: The Nicklaus air Bear Driver.
Golf Digest, Apr. 1996, 196 Show Products, A titanium sampler . . . Nicklaus Golf's Air Bear.
Golf Magazine, Mar. 1996, Advertisement for Nicklaus Air Bear.
Golf Magazine, Apr. 1996, Advertisement for Nicklaus Air Bear.
Golf Magazine, May 1996, Advertisement for Nicklaus golf products.
Golf Magazine, Sep. 1996, p. 70, Sizing It Up by Rob Sauerhaft.

* cited by examiner

*Primary Examiner*—Peter C. English

(57) **ABSTRACT**

A metal wood type golf club head having a c-shaped aerodynamic configuration formed in the bottom surface adjacent a rear surface and having an open end extending forwardly toward the ball striking face in combination with a skid surface.



EXHIBIT 3
Page 12

US 5,735,754 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

ONLY THOSE PARAGRAPHS OF THE
SPECIFICATION AFFECTED BY AMENDMENT
ARE PRINTED HEREIN.

Column 2, lines. 53–67:

FIGS. 1–5 show a first embodiment of a golf club head
**100** in accordance with the present invention. The golf club
head **100** is conventional in shape, except for the aerody-
namic surfaces and includes a hosel **112**, heel **114**, toe **116**,
upper surface **118**, rear surface **120**, ball striking face **122**
and bottom surface **124**. The bottom sole **124** includes a skid
member **126** which extends outwardly from the bottom sole
**124** and is separated therefrom by a spacer wall **128**. A
c-shaped aerodynamic slot **130** is formed on, *and substan-
tially parallel with,* the bottom surface **124** and faces for-
wardly with open ends **132** of the c-shaped slot **130** being
toward the ball striking face **122**. *As shown in FIG. 1,
c-shaped aerodynamic slot 130 transects a virtual centerline
that passes through ball striking face 122 and rear surface
120 of the club head.* Preferably, the c-shaped slot **130**
extends from a point adjacent the interface of the bottom
surface **124** and rear surface **120** across approximately two
thirds of the distance to the ball striking face **122**.

Column 3, lines 22–26:

FIG. 9 shows another embodiment of the present inven-
tion. A golf club head **300** is similar to the club head
described in FIGS. 1–5 and includes a bottom surface **325**, a
side surface **327** and an aerodynamic slot **330** *on said bottom
surface* which is *substantially parallel with the bottom
surface,* and offset *from a virtual centerline that passes
transversely through a heel-to-toe axis of the club head,* in
the direction of the toe **316** of the club head **300**, *with a
portion of slot 330 passing through the virtual centerline.*

Column 3, lines 27–30:

FIG. 10 shows another embodiment similar to FIG. **9**. A
golf club head **400** [and] includes a bottom surface **425**, a
side surface **427** and an aerodynamic slot **430** *on said bottom
surface* which is offset *from a virtual centerline that passes
transversely through a heel-to-toe axis of the club head,* in
the direction of the heel **414** of the club head **400**, *with a
portion of slot 430 passing through the virtual centerline.*

**2**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claim **8** is confirmed.

Claim **4** is cancelled.

Claims **1**, **3**, **5**, **6** and **7** are determined to be patentable as
amended.

Claim **2** dependent on an amended claim, is determined to
be patentable.

New claim **9** is added and determined to be patentable.

1. An aerodynamic golf club head including a club head
body having a heel, toe, rear surface, ball striking face, upper
surface and bottom surface, wherein the improvement com-
prises:

an aerodynamic configuration on, *and substantially paral-
lel with,* said bottom surface adjacent said rear surface
in the form of a c-shaped slot having an open end facing
forwardly toward said ball striking face; said aerody-
namic configuration further including a skid surface
formed on and raised from said bottom surface; said
skid surface having a wall separating said skid surface
from said bottom surface, *said c-shaped slot transect-
ing a virtual centerline passing through said ball strik-
ing face and said rear surface of said club head.*

3. The aerodynamic golf club head of claim **1** wherein
said slot is [further defined by being] offset from said heel of
said club head.

5. The aerodynamic golf club head of claim [4] *9* wherein
said slot is offset toward said heel.

6. The aerodynamic golf club head of claim [4] *9* wherein
said slot is offset toward said toe.

7. The aerodynamic golf club head of claim **1** wherein said slot
is [further defined by being] offset from said toe of said club
head.

*9. An aerodynamic golf club head including a club head
body having a heel, toe, rear surface, ball striking face,
upper surface and bottom surface, in which the improvement
comprises:*

*an aerodynamic configuration within, and substantially
parallel to, said bottom surface, adjacent said rear
surface, in the form of a c-shaped slot having an open
end facing forwardly toward said ball striking face,
said slot offset from, and a portion thereof passing
through, a virtual centerline passing transversely
through a heel-to-toe axis of said club head.*

\* \* \* \* \*

EXHIBIT 3
Page 13

SEPEHR DAGHIGHIAN, State Bar No. 239349
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:   (310) 887-1333
Facsimile:   (310) 887-1334
E-mail: sepehr@daghighian.com

MELVIN K. SILVERMAN, *Pro Hac Vice*
**M.K. SILVERMAN & ASSOCIATES, P.C.**
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone:   (973)508-5033
Facsimile:   (888) 889-5866
E-mail: mks@mkspc.com

Attorneys for Plaintiff:
**THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust,<br><br>           Plaintiff,<br><br>v.<br><br>ROGER CLEVELAND GOLF COMPANY, INC., a California Corporation,<br><br>           Defendant.<br><br>And Related Cross Action | Case No.SACV10-1198 CJC (RNBx)<br><br>**INITIAL DISCLOSURES OF PLAINTIFF IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS** |

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

**PLAINTIFF'S INITIAL DISCLOSURES**

EXHIBIT 4
Page 14

Pursuant to Fed. R. Civ. P. 26 (a)(1), Plaintiff The Irrevocable Trust of Anthony J. Antonious ("Plaintiff") makes the following initial disclosures of information to Defendant Roger Cleveland Golf Company, Inc. These disclosures are based upon a reasonable investigation conducted in the time available. This investigation is ongoing, and Plaintiff reserves the right to supplement these disclosures as additional information becomes available. By making these initial disclosures of information and documents, Plaintiff does not waive, and expressly preserves, any and all objections, claims or privilege, and/or work product protections they may have.

## I.    KNOWLEDGEABLE INDIVIDUALS

Plaintiff identifies the following individuals whom they believe are likely to have discoverable information relevant to the claims or defenses in this action. Plaintiff's initial disclosure of the identities of potential witnesses is based solely upon a reasonable investigation conducted in the time available, as well as Plaintiff's present analysis of the case. This disclosure is not a representation that additional witnesses do not exist. Accordingly, this disclosure may be supplemented or modified by additional individuals with knowledge of facts rebutting the material allegations of the Defendant's defenses or supporting the material allegations of Plaintiff.

Plaintiff has in good faith listed the probable general subject matter of these witnesses' knowledge, but this general description does not limit the subject areas of information that each witness may provide. Plaintiff also expects to rely upon expert witness testimony. Plaintiff will disclose any such experts as required by Fed. R. Civ. P. 26 (a)(2).

| Name | Title | Subject of Information | Location |
|------|-------|----------------------|----------|
| Carol Guerrieri | Trustee, Irrevocable Trust of Anthony J. Antonious | Has knowledge of title to '754 patent | 15 Rhoda Place Wanaque, NJ 07465 |

- 2 -

PLAINTIFF'S INITIAL DISCLOSURES

EXHIBIT 4
Page 15

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

| | | | (973) 508-5033 |
|---|---|---|---|
| James Guerrieri | Husband of Trustee | Has knowledge of title to '754 patent | 15 Rhonda Place, Wanaque, NJ 07465 |
| Kenneth Bronchik, Esq. | Counsel to Estate of Antonious, Irrevocable Trust of Anthony J. Antonious. | Has knowledge of Estate and Trust | 1761 West Hillsboro Blvd., No. 205, Deerfield Beach, FL 33442 (954) 570-5966 |
| Nicholas J. Aquilino, Esq. | Attorney of record for '754 patent. | Has knowledge of the prosecution of the '754 patent. | 4042A Quail Ridge Drive, Apt. A, Boynton Beach, FL 33436 (561)752-3022 |
| George Slupski | A colleague of the late inventor Anthony J. Antonious | Has knowledge of inventorship of '754 patent, its conception and reduction to practice | 3680 Hamilton Key, West Palm Beach, Fl 33411 (757)235-2612 |
| Douglas Winfield | Technical Expert to Plaintiff | Has knowledge of mechanics of '754 patent | One Carriage Hill Madison, AL 35758 (864) 723-5324 |
| John P. Gillig | Business and Licensing Consultant to Plaintiff | Has knowledge of golf industry | 2823 North Course Drive, Unit 204 Pompano Beach, Fl 33069 (954) 984-1948 |
| John Calabria | Damages expert | Has knowledge of reasonable royalties in golf industry | Greenville, S.C. (865) 420-6503 |

## II.   **DOCUMENTS**

Plaintiff agrees to produce and/or make available for inspection, to the extent

- 3 -

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

they exist, certain non-privileged documents and things in their possession, custody, or control that are relevant to the claims or defenses in this action, including but not necessarily limited to the following categories:

1. Documents and physical samples of possibly relevant art.

2. Patent prosecution documents regarding patent-in-suit.

3. Documents and things other than those of Norton and USGA are located at:

    Office of Melvin K. Silverman & Associates, P.C.

    500 West Cypress Creek Road, Suite 350

    Fort Lauderdale, Fl 33309

    Telephone: (954) 489-0502

Plaintiff's documents identification to date is based solely upon such information and documents that Defendants have been able to discover thus far, as well as Plaintiff's present analysis of the case, and is not a representation that additional documents do not exists. Accordingly, Plaintiff reserves the right to amend this disclosure pursuant to Fed. R. Civ. P. 26(e) if additional documents are identified. Furthermore, Plaintiff reserves the right to supplement or modify the disclosure based on information or documents subsequently identified as pertinent to disputed facts.

## III.  DAMAGES

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Plaintiff's damages are currently not known.

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

- 4 -

## IV.   INSURANCE AGREEMENTS

Plaintiffs are not aware at this time of any insurance policy applicable to the claims at issue on this litigation.

## V.   ASSERTED CLAIMS

Pursuant to the Parties' agreement of October 22, 2010, Plaintiff hereby discloses the claims of the '754 asserted against Defendant: Reexamined Claim Numbers: 5, 6, and 9.

Dated:   November 4, 2010

By: /s/Sepehr Daghighian
SEPEHR DAGHIGHIAN, ESQ. (SBN: 239349)
**LAW OFFICES OF SEPEHR
DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:   (310) 887-1333
Facsimile:    (310) 887-1334
E-mail: sepehr@daghighian.com

MELVIN K. SILVERMAN, *Pro Hac Vice*
**M.K. SILVERMAN & ASSOCIATES, P.C.**
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone:   (973)508-5033
Facsimile:    (888) 889-5866
E-mail: mks@mkspc.com

Attorneys for Plaintiff: THE IRREVOCABLE
TRUST OF ANTHONY J. ANTONIOUS

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

- 5 -

**PLAINTIFF'S INITIAL DISCLOSURES**

EXHIBIT 4
Page 18

## CERTIFICATE OF SERVICE BY U.S. MAIL

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 433 North Camden Drive, Fourth Floor, Beverly Hills, CA 90210.

On November 5, 2010, I served the foregoing document described as:

**PLAINTIFF'S INITIAL DISCLOSURES**

That document was served on parties herein in this proceeding by placing true copies of the original in enclosed, sealed envelopes.  The envelopes were then addressed and mailed to the following parties:

EDWARD P. WALKER
JOHN W. O'MEARA
**OLIFF & BERRIDGE, PLC**
277 South Washington Street, Suite 500
Alexandria, Virginia 22314


I am "readily familiar" with the practices of the LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C., in collecting and processing correspondence and documents for mailing.  Under that practice, documents for mailing would be deposited with the US Postal Service on that same day this affidavit is signed with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date is more than 1-day after the day of deposit for mailing the affidavit.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on November 5, 2010.


/s/Sepehr Daghighian
Sepehr Daghighian

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

- 6 -

PLAINTIFF'S INITIAL DISCLOSURES

EXHIBIT 4
Page 19

0 8 / 7 5 9 9 2 4



AJA-405

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR LETTERS PATENT

INVENTOR:   ANTHONY J. ANTONIOUS

TITLE:   <u>AERODYNAMIC METAL WOOD GOLF CLUB HEAD</u>

EXHIBIT 5
Page 20

385- 201

08/759924

## BACKGROUND OF THE INVENTION

The present invention relates to golf club heads and in particular to a metal wood type golf club head having an improved aerodynamic surface on the bottom rear of the sole.

5      Wood and metal wood type golf club heads are used for hitting a golf ball a longer distance and are usually used for the first shot of a given golf hole from a tee position.  Fairway clubs of the same type are also used "through the green" on a golf hole to obtain maximum distance in the direction of or onto a putting

10    surface.  The distance the ball travels is determined by the club head speed at the moment of impact and the weight of the club head in accordance with well known laws of physics.  Typical wood and metalwood golf club of this type have aerodynamic surfaces, but conventional shapes create substantial air turbulence, which, in

15    turn, causes adverse erratic movement and aerodynamic drag that reduces the club head speed generated for a given force developed by a golfer for a particular golf swing.

Over the years, club heads have been developed with aerodynamic shapes to increase club head speed by reducing the

20    aerodynamic drag of the club head as it is swung.  Prior art examples of these type of golf club heads include U.S. Patent Nos. D275,412 to Simmons, 2,550,840 to Milligan, 3,997,170 to Goldberg, 4,065,133 to Gordos, 4,900,029 to Sinclair, 5,203,565 to Murray et al, and 5,467,989 to Good et al. as well as my own U.S. Patents,

25    Nos. 4,828,265, 4,930,783, 5,004,241, 5,193,810, 5,221,086 and 5,511,786 among others.



1

EXHIBIT 5
Page 21

## SUMMARY OF THE INVENTION

The present invention represents an improvement over known prior art wood type golf club heads by providing an aerodynamic surface on the bottom sole adjacent the rear edge of the club head,

5    which produces greater club head speed when the club head is swung. This aerodynamic surface reduces undesirable air turbulence which causes aerodynamic drag and creates a smoother, laminar type air flow around the club head. A golf club using this improvement permits a golfer to hit longer and straighter golf shots for a

10   given applied swing force. The aerodynamic structure also creates increased aerodynamic stability of the club head resulting in increased control of the club head position during the swing, especially at impact, thereby producing more consistent golf shots.

The golf club head of the present invention includes a c-

15   shaped aerodynamic slot formed on the bottom sole surface of the club head. In a preferred embodiment, a metal wood type golf club head, having a smooth upper surface and sloped side walls, includes a c-shaped aerodynamic slot located adjacent the rear surface on the bottom surface or sole which generally follows the contours of

20   the peripheral edges of the club head between the sole and the side walls. The open end of the c-shaped slot faces forwardly toward the front ball striking face of the club. The club head may also include a raised sole plate on the bottom surface having a spacer wall which also provides an aerodynamic effect and creates a skid

25   structure enabling the club to skim across the ground surface when the club head is swung to hit a golf ball.

2

EXHIBIT 5
Page 22

In another preferred embodiment, a venturi slot is provided between the c-shaped slot and the rear surface of the club head to further direct air flow adjacent the rear surface of the club head where most turbulence occurs.

5     The aerodynamic surfaces of the club head create aerodynamic effects which minimize turbulence and increase laminar air flow to reduce drag resulting in a more stable club head with higher speed for a given application of swing force by the golfer.

A primary object of the present invention is to provide a golf

10     club head having an improved aerodynamic surface on the bottom sole adjacent the rear of the club head to substantially reduce drag and improve swing stability.

Another object is to provide a golf club head which increases club head speed and lift by concentrating air flow near the rear

15     surface of the club head where turbulence occurs to reduce drag on the club head as it is swung.

Other objects and advantages of the present invention will become apparent in the following description of the preferred embodiments taken into conjunction with the accompanying drawings

20     which are incorporated in and constitute a part of the specification and together with the description, serve to explain the principles of the present invention.

3

EXHIBIT 5
Page 23

## BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 is a bottom view of an aerodynamic golf club head in accordance with the present invention.

Figure 2 is a bottom perspective view of the golf club head of Figure 1.

Figure 3 is a rear elevational view thereof.

Figure 4 is an end elevational view thereof.

Figure 5 is a sectional view taken along the lines 5-5 of Figure 3.

Figure 6 is a bottom view of a second embodiment of an aerodynamic golf club in accordance with the present invention.

Figure 7 is a bottom perspective view of the golf club head of Figure 6.

Figure 8 is rear elevational view thereof.

Figure 9 is a bottom view of a third embodiment of the present invention.

Figure 10 is a bottom view of a forth embodiment of the present invention.

4

EXHIBIT 5
Page 24

DESCRIPTION OF THE PREFERRED EMBODIMENTS

The detailed embodiments of the present invention are disclosed herein. It should be understood, however, that the disclosed embodiments are merely exemplary of the invention, which
5    may be embodied in various forms. Therefore, the details disclosed herein are not to be interpreted as limited, but merely as the basis for the claims and as a basis for teaching one skilled in the art how to make and/or use the invention.

Figures 1-5 show a first embodiment of a golf club head
10   100 in accordance with the present invention. The golf club head 100 is conventional in shape, except for the aerodynamic surfaces and includes a hosel 112, heel 114, toe 116, upper surface 118, rear surface 120, ball striking face 122 and bottom surface 124. The bottom sole 124 includes a skid member 126 which extends
15   outwardly from the bottom sole 124 and is separated therefrom by a spacer wall 128. A c-shaped aerodynamic slot 130 is formed on the bottom surface 124 and faces forwardly with open ends 132 of the c-shaped slot 130 being toward the ball striking face 122. Preferably, the c-shaped slot 130 extends from a point adjacent the
20   interface of the bottom surface 124 and rear surface 120 across approximately two thirds of the distance to the ball striking face 122.

The aerodynamic slot 130 catches air just behind the ball striking face 122 and directs it toward the rear surface 120 within
25   the curved walls of the c-shaped slot 130 of the club head 100. The

5



EXHIBIT 5
Page 25

air is expelled rearwardly out of the slot to minimize turbulence
and reduce drag as the club head 100 is swung. At the same time,
the skid 126 and spacer walls 128 also serve to direct the air flow
rearwardly to increase laminar flow in that area of the club head

5    100.

Figures 6, 7, and 8 show a second embodiment of a golf club
head 200 in accordance with the present invention. This club head
200 is similar to that described to the club head hereinabove and
includes a hosel 212, heel 214, toe 216, upper surface 218, rear

10   surface 220, upper toe 230, side walls 222, a ball striking face
224, bottom surface 225, a skid 226 and a spacer wall 228
separating the skid 226 from the bottom surface 225. A c-shaped
aerodynamic slot 230 is formed on the bottom surface 225 adjacent
the rear surface 220. The open end of the slot 230 faces forwardly

15   toward the ball striking face 224.

The slot 230 is formed with a venturi opening 232 which
extends rearwardly and upwardly into the rear surface 220 creating
an additional air channel to direct the air flow.

Figure 9 shows another embodiment of the present invention. A

20   golf club head 300 is similar to the club head described in figures
1-5 and includes a bottom surface 325, a side surface 327 and an
aerodynamic slot 330 which is offset in the direction of the toe
316 of the club head 300.

Figure 10 shows another embodiment similar to figure 9. A golf

25   club head 400 and includes a bottom surface 425, a side surface 427

6

EXHIBIT 5
Page 26

and an aerodynamic slot 430 which is offset in the direction of the heel 414 of the club head 400.

It will be appreciated that the offset aerodynamic slots of Figures 9 and 10 allow greater club head speed at the heel or toe
5    selectively in order to more effectively accommodate the swing characteristics of a particular golfer, whether left-handed or right-handed.

While various preferred embodiments have been shown and described, it will be understood that there is no intent to limit
10   the invention by such disclosure, but rather, is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention as defined in the appended claims.



7

EXHIBIT 5
Page 27

CLAIMS

1.    An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises:

an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; said aerodynamic configuration further including a skid surface formed on and raised from said bottom surface; said skid surface having a wall separating said skid surface from said bottom surface.

2.    The aerodynamic golf club head of claim 1 further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface.

3.    The aerodynamic golf club head of claim 1 wherein said slot is further defined by being offset from ~~a centerline~~ said heel of said club head.

8

EXHIBIT 5
Page 28

4.   An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises:

an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; said slot being offset from a center of said bottom surface.

5.   The aerodynamic golf club head of claim 4 wherein said slot is offset toward said heel.

6.   The aerodynamic golf club head of claim 3 wherein said slot is offset toward said toe.

7.   An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises:

an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; said aerodynamic configuration further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface.

9

EXHIBIT 5
Page 29

08/75-9924

ABSTRACT OF THE DISCLOSURE

A metal wood type golf club head having a c-shaped aerodynamic configuration formed in the bottom surface adjacent a rear surface and having an open end extending forwardly toward the ball striking face in combination with a skid surface.

5

10

EXHIBIT 5
Page 30



EXHIBIT 5
Page 31



PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/759924

FIG. 7

FIG. 8

FIG 9

FIG 10

EXHIBIT 5
Page 32

UNITED STATES '  'ARTMENT OF COMMERCE
Patent and Trade...rk Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO |
|---|---|---|---|

A10-405

'F3M170609'

NICHOLAS J AGUILINO
2121 CRYSTAL DRIVE
SUITE 503
ARLINGTON VA 22202

| EXAMINER |
|---|
| PASSANITI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3406 | 4 |

DATE MAILED: 06/09/97

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☒ Responsive to communication(s) filed on  12-04-96

☐ This action is FINAL.

☒ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire  TWO (2)  month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _____ 1 - 7 _____ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ 1, 2, 7 _____ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☒ Claim(s) _____ 3 - 6 _____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☒ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

☐ received.
☐ received in Application No. (Series Code/Serial Number) _____
☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of Reference Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☒ Notice of Draftperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

SEBASTIANO PASSANITI 0507
PRIMARY EXAMINER
GROUP 3300

--SEE OFFICE ACTION ON THE FOLLOWING PAGES--

EXHIBIT 6
Page 33

Serial Number: 08/759,924                                    Page 2

Art Unit: 3304

This Office action is responsive to communication received December 04, 1996 - application papers filed with petition to make special.

The petition to make special was GRANTED on April 24, 1997.

Claims 1-7 are pending.

Following is an action on the MERITS:

Claims 1, 2 and 7 are allowable over the prior art references of record.

Claims 3-6 are objected to under 37 CFR 1.75(a) for failing to failing to particularly point out and distinctly claim the subject matter which the applicant regards as his or her invention.

As to claim 3, where is the centerline located ? Is this the centerline in a front-to-back direction that bisects the longitudinal extent of the club head between the heel and the toe or is the centerline referring to a vertical centerline that extends from the top to the bottom of the head ? How is the slot offset from the centerline ?

As to claim 4, where is the center of the bottom surface ?

The specification is objected to as failing to provide proper antecedent basis for the claimed subject matter.  See 37 CFR 1.75(d)(1) and MPEP § 608.01(o).  Correction of the following is required: The specification does not provide proper antecedent basis for the "center of said bottom surface" , as recited in claim 4.

This application has been filed with informal drawings which are acceptable for examination purposes only.  Formal drawings will be required when the application is allowed.

EXHIBIT 6
Page 34

Serial Number: 08/759,924                                    Page 3

Art Unit: 3304

The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure. Lin, Kenmi, and Antonious ('176) show channels in the sole portion of interest. Note

channel (23) in Kim, Rogerson shows channels (24a, 24b) in the sole. Gorman discloses a

substantially u-shaped sole channel. See Figure 7 in Milligan. Note cavity (36) in Henwood and

arrangement (12) in MacDougall. Werner and Gallagher show sole designs of interest.

This application is in condition for allowance except for the following formal matters:

Note the objections to the claims, specification and drawings, as outlined above.

Prosecution on the merits is closed in accordance with the practice under *Ex parte*

*Quayle,* 1935 C.D. 11, 453 O.G. 213.

A shortened statutory period for response to this action is set to expire **TWO MONTHS**

from the date of this letter.

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Sebastiano Passaniti whose telephone number is (703) 308-1006.

S. Passaniti / sp
June 4, 1997

**SEBASTIANO PASSANITI**
**PRIMARY EXAMINER**
**ART UNIT 3304**

EXHIBIT 6
Page 35

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Anthony J. Antonious

Serial No.:  08/759,924

Filed    :  12/04/96

Title    :  AERODYNAMIC METAL WOOD GOLF CLUB HEAD

Group Art Unit: 3304

Examiner: S. Passaniti

AMENDMENT

Commissioner of Patents
 and Trademarks
Box Non-Fee Amendment
Washington, D.C. 20231

Sir:

In response to the outstanding Office Action of June 9, 1997, please amend the above-identified application as follows:

IN THE CLAIMS:

Claim 3, line 2, delete the words "a centerline" and insert in its place --said heel--;

Claim 4, line 7, delete the words "a center of said bottom surface" and insert in its place --said ball striking face--; and

Add new claim 8

--8. The aerodynamic golf club of claim 1 wherein said slot is further defined by being offset from said toe of said club head.--

1

EXHIBIT 7
Page 36

<u>REMARKS</u>

Reconsideration of this application is respectfully requested in view of the foregoing amendment and the remarks that follow.

In response to the outstanding Office Action, Applicant has rewritten the claims which were objected to in the Office Action by referring to specifically claimed areas on said club head. In view of the amendment, Applicant respectfully submits that the application is now in condition for allowance and that it be sent to issue. Early notification thereof is requested.

If it is felt that an interview would expedite prosecution of this application, please do not hesitate to contact the undersigned at the below number.

Respectfully submitted,

Nicholas J. Aquilino
Registration No. 24,527

AQUILINO & WELSH, P.C.
2121 Crystal Drive
Suite 503
Arlington, Virginia 22202
Telephone: (703) 920-1122

Docket No. AJA-405



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address:   Box ISSUE FEE
           ASSISTANT COMMISSIONER FOR PATENTS
           WASHINGTON, D.C. 20231

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

F3M1/0718

NICHOLAS J AQUILINO
2121 CRYSTAL DRIVE
SUITE 503
ARLINGTON VA 22202

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/759,924 | 12/04/96 | 008 | PASSANITI, S | 3304 | 07/18/97 |

**First Named Applicant**  ANTONIOUS,        ANTHONY J.

**TITLE OF INVENTION**  AERODYNAMIC METAL WOOD GOLF CLUB HEAD

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3   AJA-405 | 473-328.000 | Z99 | UTILITY | YES | $645.00 | 10/20/97 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as yes, verify your
   current SMALL ENTITY status:

   If the SMALL ENTITY is shown as NO:

   A. If the status is changed, pay twice the amount of the
      FEE DUE shown and notify the Patent and
      Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown
      above.

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with,
      payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
    Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
    If you are charging the ISSUE FEE to your deposit account, section "6b" of Part B should be completed.

III. All communications regarding this application must give application number and batch number.
     Please direct all communication prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of**
                      **maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance**
                      **fees when due.**

EXHIBIT 8
Page 38

E. Chase
7-16-97

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

| | EXAMINER |
|---|---|

| ART UNIT | PAPER NUMBER |
|---|---|
| | 7|8 |

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to  *Amendment A (06-24-97)*

☒ The allowed claim(s) is/are  *1 - 8*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

     ☐ received.

     ☐ received in Application No. (Series Code/Serial Number) _____

     ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

   ☐ because the originally filed drawings were declared by applicant to be informal.

   ☒ including changes required by the Notice of Draftperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No.  *4*

   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

   ☐ including changes required by the attached Examiner's Amendment/Comment.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Notice of Draftperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☒ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☒ Examiner's Statement of Reasons for Allowance

*S. Passaniti*

SEBASTIANO PASSANTI
PRIMARY EXAMINER
GROUP 3300

PTOL-37 (Rev. 1995)

EXHIBIT 8
Page 39

Serial Number: 08/759,924                                                          Page 2

Art Unit: 3304

### EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with

Nicholas J. Aquilino, reg. No. 24,527 on July 09, 1997.

The application has been amended as follows:

<u>IN THE CLAIMS</u>:

Claim 4-line 7, after "a", the phrase --centerline passing through a longitudinal-- has been
INSERTED and after "surface", the phrase --in a heel-to-toe direction-- has been INSERTED.

Claim 8-line 2, "by" (second occurrence) has been CHANGED to --from-- .

The following is an examiner's statement of reasons for allowance: Claims 1-8 are

allowable over the prior art references of record because it would not have been obvious to

modify any of the prior art devices of record to include a c-shaped slot having an open end facing

forwardly toward the ball striking face.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

EXHIBIT 8
Page 40

Serial Number: 08/759,924                                                    Page 3

Art Unit: 3304

In order to avoid abandonment, the drawing informalities noted in Paper No. 4, mailed on June 09, 1997, must now be corrected. Correction can only be effected in the manner set forth in the above noted paper.

Formal drawings are now required and must be filed within the THREE MONTH shortened statutory period set for response in the "NOTICE OF ALLOWABILITY" (PTO-37). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a). Failure to timely submit the drawings will result in **ABANDONMENT** of the application. The drawings should be submitted as a separate paper with a transmittal letter which is addressed to the Official Draftsperson. The art unit number, application number and number of drawing sheets should be written on the reverse side of the drawings.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Sebastiano Passaniti whose telephone number is (703) 308-1006.

S. Passaniti / sp

July 16, 1997

**SEBASTIANO PASSANITI**
**PRIMARY EXAMINER**
**ART UNIT 3304**

EXHIBIT 8
Page 41

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 1 of 34*

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| Patentee: | Anthony J. Antonious | ) |
| | | ) |
| Pat. No. | 5,735,754 | ) |
| | | ) |
| Serial No.: | 08/759,924 | ) |
| | | ) |
| Filed: | 12/04/1996 | ) |
| | | ) |
| Issue Date: April 7, 1998 | | ) |
| | | ) |
| Title: | Aerodynamic Metal Wood Golf Club | ) |
| | Head | ) |
| | | ) |
| Requester's File Ref.: | | ) |
| | | ) |
| | ADAM-070208.044 | ) |

5    **REQUEST FOR EX PARTE REEXAMINATION OF U.S. PATENT NO. 5,735,754
PURSUANT TO 37 C.F.R. § 1.510**

10    Honorable Commissioner of Patents and Trademarks
Mail Stop:  Ex Parte Reexamination
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

15
Commissioner:

Ex parte Reexamination under 35 U.S.C. §§ 302-307 and 37 C.F. R., § 1.510 is requested

of U.S. Pat. No. 5,735,754 issued on April 7, 1998 to Anthony J. Antonious (hereinafter "the

20    '754 patent.")

1

EXHIBIT 9
Page 42

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 2 of 34

## Table of Contents

1.   Introduction.................................................................................................3

2.   The '754 Patent Invention...........................................................................3

3.   Identification of Claims for Which Reexamination is Requested........................4

4.   Statement Identifying Substantial New Question of Patentability.......................7

5.   Claim Charts Detailing Substantial New Questions of Patentability in the '754

      Patent.................................................................................................9

6.   Summary and Conclusion.........................................................................29

7.   Exhibits

      Exhibit 1 –  March 1994 issue of "Golf Magazine" magazine

      Exhibit 2 – March 1994 issue of "Golf Digest" magazine

      Exhibit 3 – April 1994 issue of "Golf Digest" magazine

      Exhibit 4 – May 1994 issue of "Golf Magazine" magazine

      Exhibit 5 – May 1994 issue of "Golf Digest" magazine

      Exhibit 6 – June 1994 issue of "Golf Magazine" magazine

      Exhibit 7 – June 1994 issue of "Golf Digest" magazine

      Exhibit 8 – Promotional literature distributed to public prior to January, 1996

      Exhibit 9 – "Petersen's Golfing" magazine, special edition, 1996

      Exhibit 10 – April 1996 issue of "Golf Digest" magazine

      Exhibit 11 – March 1996 issue of "Golf Magazine" magazine

      Exhibit 12 – April 1996 issue of "Golf Magazine" magazine

      Exhibit 13 – May 1996 issue of "Golf Magazine" magazine

      Exhibit 14 – September 1996 issue of "Golf Magazine" magazine

      Exhibit 15 – U.S. Design Pat. No. Des. 363,961 ('961) ("Krzynowek")

      Exhibit 16 – U.S. Design Pat. No. Des. 372,063 ('063) ("Hueber")

      Exhibit 17 – U.S. Pat. No. 6,257,991 ('991) ("Ortiz")

      Exhibit 18 – Expert Declaration - "Declaration of Mr. Clay Long (including

          Exhibits A and B)"; pursuant to MPEP 2205

      Exhibit 19 – U.S. Pat. No. 5,735,754 ('754) ("Antonious")

EXHIBIT 9
Page 43

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 3 of 34

### 1.    Introduction

This Request for Reexamination concerns the '754 patent entitled "Aerodynamic Metal
Wood Golf Club Head," which is owned by the Anthony J. Antonious Irrevocable Trust
(attached hereto as Exhibit 19, found at Reel/Frame 020143/0392). The '754 patent contains 8

5    claims directed to a metal wood type golf club head having a c-shaped aerodynamic
configuration formed in the bottom surface adjacent a rear surface and having an open end
extending forwardly toward the ball striking face, which, in some embodiments, is in
combination with a skid surface on the bottom surface of the golf club head.

Aerodynamic golf clubs are designed to have a profile such that wind resistance of the

10    club is lessened from that of other designs. The lowering of wind resistance allows a greater club
head speed to be generated for a given degree of force applied during the golf swing. A higher
club head speed results in a greater application of force to a golf ball, and therefore, it is
intended, a longer golf shot.

### 15    2.    The '754 Patent Invention

The '754 patent invention claims an improvement over known prior art wood type golf
club heads by providing an aerodynamic surface on the bottom sole adjacent the rear edge of the
club head, claiming to produce greater club head speed when the club head is swung. This
aerodynamic surface is said to reduce undesirable air turbulence which causes aerodynamic drag

20    and creates a smoother, laminar type air flow around the club head. A golf club using this
improvement allegedly permits a golfer to hit longer and straighter golf shots for a given applied
swing force. The aerodynamic structure also is said to create increased aerodynamic stability of
the club head resulting in increased control of the club head position during the swing, especially

3

EXHIBIT 9
Page 44

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 4 of 34*

at impact, thereby producing more consistent golf shots. Another alleged object is to provide a golf club head which increases club head speed and lift by concentrating air flow near the rear surface of the club head where turbulence occurs, to reduce drag on the club head as it is swung.

Referring now to Exhibit 19, the golf club head of the '754 patent includes a c-shaped
5    aerodynamic slot 130 formed on the bottom sole surface 124 of the club head 100. In a preferred embodiment, a metal wood type golf club head 100, having a smooth upper surface 118 and sloped side walls 222, includes a c-shaped aerodynamic slot 130 located adjacent the rear surface 120, 220 on the bottom surface 124 or sole of the club head 100. The open end 132 of the c-shaped slot 130 faces forwardly toward the front ball striking club face 122. The club head 100
10    may also include a raised sole plate 226 on the bottom surface 124 having a spacer wall 228 which also is alleged to provide an aerodynamic effect and to create a skid structure enabling the club to skim across the ground surface when the club head 100 is swung to hit a golf ball. In some embodiments, this c-shaped slot 130 may be offset, which is alleged to allow greater club head speed at the heel 114 or toe 116, selectively, in order to more effectively accommodate the
15    swing characteristics of a particular golfer.

In another claimed embodiment, a venturi slot 232 is provided between the c-shaped slot 130 and the rear surface 120, 220 of the club head 100 which is alleged to further direct air flow adjacent the rear surface of the club head where most turbulence occurs.

20    **3.    Identification of Claims for Which Reexamination is Requested**

Pursuant to 37 C.F.R. §1.510(b)(2), the claims for which reexamination is requested are hereby identified as claims 1-8 of the '754 patent.

4

EXHIBIT 9
Page 45

Claim 1 of the '754 patent is directed to an aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, comprising

(1)     an aerodynamic configuration on said bottom surface adjacent said rear surface in

5     the form of a c-shaped slot having an open end facing forwardly toward said ball striking face;

(2)     the aerodynamic configuration further including a skid surface formed on and raised from said bottom surface; and

(3)     the skid surface having a wall separating said skid surface from said bottom surface.

10

Claim 2 depends from independent claim 1 and adds the limitation that the aerodynamic golf club head of claim 1 further includes a venturi opening in fluid communication with and extending rearwardly from the c-shaped aerodynamic slot toward the rear surface.

15     Claim 3 depends from independent claim 1 and adds the limitation that the aerodynamic golf club head slot of claim 1 is further defined by being offset from the heel of the club head.

Claim 4 of the '754 patent is directed to an aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface,

20     comprising:

(1)     an aerodynamic configuration on the bottom surface adjacent the rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face;

5

EXHIBIT 9
Page 46

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 6 of 34*

(2)     the slot being offset from a center of the bottom surface centerline passing

through a longitudinal in a heel-to-toe direction.


Claim 5 depends from independent claim 4 and adds the limitation that the aerodynamic

5     golf club head slot of claim 4 is offset toward said heel.


Claim 6 depends from independent claim 4 ("claim 3" was changed to "claim 4" by

Certificate of Correction granted July 1, 2008) and adds the limitation that the aerodynamic golf

club head slot of claim 4 is offset toward the toe.

10

Claim 7 depends from independent claim 1 and adds the limitation that the aerodynamic

golf club slot of claim 1 is offset from the toe of the club head.


Claim 8 of the '754 patent is directed to an aerodynamic golf club head including a club

15    head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface,

comprising:

(1)     an aerodynamic configuration on the bottom surface adjacent the rear surface in

the form of a c-shaped slot having an open end facing forwardly toward said ball striking face;

and

20    (2)     the aerodynamic configuration further including a venturi opening in fluid

communication with and extending rearwardly from said c-shaped aerodynamic slot toward said

rear surface.


6

EXHIBIT 9
Page 47

4.    **Statement Identifying Substantial New Question of Patentability**

      This reexamination request is based upon the following references:

    (A)    A trade magazine review of the "Hogan H40" golf club, publicly published in Golf

Magazine in March, 1994, teaching golf clubs according to the '754 invention as patented, two

5    years and nine months prior to the date of invention (attached hereto as Exhibit 1; expert

declaration relating to this prior art document and explaining the prior art contents and relevant

dates in more detail is attached pursuant to MPEP  2205 and is styled as Exhibit 18, "Declaration

of Mr. Clay Long (including Exhibits A and B)";

10    (B)    Additional published advertisements teaching golf clubs according to the '754 invention,

under the name "Hogan H40," publicly published in the United States as early as March, 1994,

two years and nine months prior to the date of invention (attached hereto as Exhibits 2-7);

    (C)    Promotional literature distributed publicly prior to the PGA (Professional Golfers'

15    Association) Golf Merchandise Show in January 1996 by the Nicklaus Golf Equipment

Company, teaching golf clubs according to the '754 invention, under the name Nicklaus Air

Bear, eleven months prior to the date of invention (attached hereto as Exhibit 8)[1];

    (D)    A trade magazine review from the magazine Petersen's Golfing, publicly published in

20    1996, by the Petersen Publishing Co. of Los Angeles, California, teaching golf clubs according

---

[1] While Exhibit 8 does not contain an exact date of publication, contextual reference make it possible to date this
document to more than one year prior to the filing of the '754 patent. At page 2, the materials states, "In 1996 Jack
Nicklaus will debut…," (future tense emphasis added) indicating that the material was published prior to January 1,
1996.

EXHIBIT 9
Page 48

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 8 of 34*

to the '754 invention, under the name <u>Nicklaus Air Bear</u>, prior to the date of invention (attached hereto as Exhibit 9);

5

(E)      Additional published advertisements describing and offering golf clubs according to the '754 invention (attached hereto as Exhibits 10-14; Expert declaration relating to these prior art documents and explaining the prior art contents and relevant dates in more detail is attached pursuant to MPEP 2205 and is styled as Exhibit 18, "Declaration of Mr. Clay Long (including Exhibit A and B)");

10

(F)      U.S. Design Pat. No. D363,961 (hereafter "<u>Krzynowek</u>"), filed August 16, 1994, teaching golf clubs according to the '754 invention,  filed two years and four months prior to the date of invention; and issued November 7, 1995, one year and one month prior to the date of the invention (attached hereto as Exhibit 15);

15

(G)      U.S. Design Patent No. D372,063 (hereafter "<u>Hueber</u>"), filed July 7, 1994, , teaching golf clubs according to the '754 invention, filed two years and five months prior to the date of the invention; and issued July 23, 1996, five months prior to the date of the invention (attached hereto as Exhibit 16); and

20

(H)      U.S. Utility Patent No. 6,257,991 (hereafter "<u>Ortiz</u>"), filed November 8, 1996, teaching golf clubs according to the '754 invention, filed one month prior to the date of the invention; and issued July 10, 2001 (attached hereto as Exhibit 17).

8

EXHIBIT 9
Page 49

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 9 of 34*

None of these references were disclosed by the patentee or considered by the Examiner

during the prosecution of the '754 patent.

### 5.   Claim Charts Detailing Substantial New Questions of Patentability on a Claim by
5   ### Claim Basis in the '754 Patent

Pursuant to 37 C.F.R. § 1.150(b)(2), the tables below explain how the Hogan H40

references (Exhibits 1-7), the Nicklaus Air Bear references (Exhibits 8-14), Krzynowek (Exhibit

15), Hueber (Exhibit 16), and Ortiz (Exhibit 17) are applied to each of the claims for which

10   reexamination is requested. Because the teachings of the Hogan H40, the Nicklaus Air Bear,

Krzynowek, Hueber, and Ortiz references provide subject matter of he '754 patent claims that

was not taught in any prior art cited during the prosecution of the '754 patent, these teachings

each raise a substantial new question of patentability. MPEP 2214. An expert declaration relating

to these prior art documents and explaining the prior art contents and relevant dates in more

15   detail is attached pursuant to MPEP 2205 and is styled as Exhibit 18, "Declaration of Mr. Clay

Long (including Exhibits A and B)";

In particular, while certain of these written prior references were, at the time that they

were made, made for the purpose of offering products for public use or sale, Requester

respectfully notes that the Request for Reexamination in no way relies upon public use or sale as

20   a basis for this Reexamination Request. The basis for this request lies solely in the written and

publicly published nature of the prior art teachings.

### A. and B. (Exhibits 1-7) The "Hogan H40"

25   Numerous prior art references teach the '754 device substantially as claimed, which was

the subject of numerous publicly published written teachings, beginning at least as early as

9

EXHIBIT 9
Page 50

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 10 of 34*

March 1994, and which was, incidentally only for the purposes of the Reexamination Request, sold under the product name "Hogan H40."

The device is taught at least as early as a written product review published in <u>Golf Magazine</u> in March, 1994, publicly published two years and nine months prior to the date of
5     invention, attached hereto and referenced in the Table immediately below as Exhibit 1.

The device is also taught in written and publicly published documents (advertisements) published in <u>Golf Digest,</u> at least as early as March 1994, also two years and nine months prior to the date of the '754 invention, attached hereto and referenced in the Table immediately below as Exhibit 2.

10     The device is also taught in written and publicly published documents (advertisements) published at least as early as in the April, 1994 issue of <u>Golf Digest,</u> two years and eight months prior to the date of the '754 invention. Identical copies of this written and publicly published document appeared in the May, 1994 issue of <u>Golf Digest</u> magazine; the May, 1994 issue of <u>Golf Magazine</u>; the June, 1994 issue of <u>Golf Digest</u> magazine; and the June, 1994 issue of <u>Golf</u>
15     <u>Magazine.</u> These references are attached hereto and referenced collectively in the Table immediately below as Exhibits 3-7.

In particular, the <u>Hogan H40</u> references teach an aerodynamic golf club head design featuring a c-shaped aerodynamic slot on the club sole as follows:

10

EXHIBIT 9
Page 51

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 11 of 34*

| Element by Element Claims from U.S. Pat. No. 5,735,754 | Claimed Elements as Taught in the **Hogan H40** References |
|---|---|
| 1. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibits 1-7 all teach an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibits 1-7 all teach this element. The aerodynamic aspects of this element are clearly described in the references. Exhibit 1 states "A c-shaped cavity in the sole is designed to reduce turf drag and put more weight closer to the face at impact."  Exhibits 3-7 all state; "H40 metal woods feature a unique cavity sole and aerodynamic design." |
| said aerodynamic configuration further including a skid surface formed on and raised from said bottom surface; | The references do not explicitly teach this element. |
| said skid surface having a wall separating said skid surface from said bottom surface. | The references do not explicitly teach this element. |
| 2. The aerodynamic golf club head of claim 1 further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | The references do not explicitly teach this element. |
| 3. The aerodynamic golf club head of claim 1 wherein said slot is further defined by being offset from said heel of said club head. | Exhibits 1-7 all teach this element, and clearly picture the slot offset. |
| 4. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibits 1-7 all teach an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |

11

EXHIBIT 9
Page 52

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 12 of 34*

| | |
|---|---|
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibits 1-7 all teach this element. The aerodynamic aspects of this element are clearly described in the references.<br><br>Also, Exhibits 3-7 all state; "H40 metal woods feature a unique cavity sole and aerodynamic design." |
| said slot being offset from a center of said bottom surface centerline passing through a longitudinal in a heel-to-toe direction. | Exhibits 1 and 2 picture the slot offset. |
| 5. The aerodynamic golf club head of claim 4 wherein said slot is offset toward said heel. | Exhibits 1 and 2 picture the slot offset toward the heel.[2] |
| 6. The aerodynamic golf club head of claim 4 ("claim 3" was changed to "claim 4" by Certificate of Correction granted July 1, 2008) wherein said slot is offset toward said toe. | Exhibits 1 and 2 implicitly teach the limitation of the slot being offset toward the toe.[3] |
| 7. The aerodynamic golf club of claim 1 wherein said slot is further defined by being offset from said toe of said club head. | Exhibits 1 and 2 picture the slot offset from the toe of the club head. |
| 8. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom | Exhibits 1-7 all teach an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |

[2] The specification of the '754 patent clearly defines the language "offset in the direction of the toe" and "offset in the direction of the heel." At Col. 3, lines 22-26, the specification states "FIG. 9 shows another embodiment of the present invention.... and an aerodynamic slot 330 which is offset in the direction of the toe 316 of the club head 300." FIG. 9 then shows a c-shaped slot wherein the majority of the length and volume of the slot lies on the toe side of the sole. Conversely, at Col. 3, lines 27-30, the specification states, "FIG. 10 shows another embodiment similar to FIG. 9....and an aerodynamic slot 430 which is offset in the direction of the heel 414 of the club head 400." FIG. 10 then shows a c-shaped slot wherein the majority of the length and volume of the slot lies on the heel side of the sole.

[3] The teaching of a heel offset slot is implicit in the teaching of a toe offset slot, and vice versa, as the specification refers to the complementary relationship between the two offsets at several points: The specification states that "FIG. 10 shows another embodiment similar to FIG. 9...." (Col 3, line 27); and "It will be appreciated that the offset aerodynamic slots of FIGS. 9 and 10 allow greater club head speed at the heel or toe <u>selectively</u> in order to more effectively accommodate the swing characteristics of a particular golfer, <u>whether left-handed or right-handed</u>." (Col 3, lines 31-35, emphasis added)

12

EXHIBIT 9
Page 53

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 13 of 34

| surface, wherein the improvement comprises: | |
| --- | --- |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibits 1-7 all teach this element. The aerodynamic aspects of this element are clearly described in the references. Exhibit 1 states "A c-shaped cavity in the sole is designed to reduce turf drag and put more weight closer to the face at impact." Exhibits 3-7 all state; "H40 metal woods feature a unique cavity sole and aerodynamic design." |
| said aerodynamic configuration further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | The references do not explicitly teach this element. |

### C. and D. (Exhibit 8 -14)    Nicklaus Air Bear

5

     Prior art references teach the '754 device substantially as claimed, in written and publicly

published documents (advertisements), beginning at least as early as January 1996, and which

was, incidentally only for the purposes of the Reexamination Request, sold under the product

name "Nicklaus Air Bear."

10     The device is taught in written promotional literature distributed publicly prior to the

PGA (Professional Golfers' Association) Golf Merchandise Show in January 1996 by the

Nicklaus Golf Equipment Company, eleven months prior to the date of invention (attached

hereto as Exhibit 8).

     The device is also taught in a written and publicly published trade magazine review from

15   the magazine Petersen's Golfing, publicly published in 1996, by the Petersen Publishing Co. of

Los Angeles, California, prior to the date of invention (attached hereto as Exhibit 9).

13

EXHIBIT 9
Page 54

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 14 of 34*

The device is also taught in a publicly published document (advertisement) published at

least as early as the April 1996 issue of "Golf Digest" magazine (attached hereto as Exhibit 10).

The device is further taught in a publicly published document (advertisement) published

at least as early as the March 1996 issue of "Golf Magazine" magazine (attached hereto as

5    Exhibit 11). An identical copy of this written and publicly published document appeared in the

April 1996 issue of "Golf Magazine" (attached hereto as Exhibit 12).

The device is also taught in a publicly published document (advertisement) in the May,

1996 issue of "Golf Magazine" magazine (attached hereto as Exhibit 13).

The device is further taught in a publicly published document (editorial article and

10    photograph) in the September, 1996 issue of "Golf Magazine" magazine (attached hereto as

Exhibit 14).

In particular, the Nicklaus Air Bear, as taught in the written and publicly published

references (Exhibits 8-14), teaches an aerodynamic golf club head design featuring a c-shaped

aerodynamic slot on the club sole as follows:

15

| Element by Element Claims from U.S. Pat. No. 5,735,754 | Claimed Elements as Taught in the Nicklaus Air Bear References |
|---|---|
| 1. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibits 8-14 all teach an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 8 pictures the c-shaped slot at pages 1, 3, 4, 5, 6, and 8. The aerodynamic aspects of this element are clearly described in the references.<br><br>Exhibit 8 states at page 4, "It [the "Air Bear"] is engineered to cut through the air with |

14

EXHIBIT 9
Page 55

| | |
|---|---|
| | unparalleled speed and strike with pinpoint accuracy…The most aerodynamic oversized woods in golf…." |
| | Exhibit 8 at page 5 describes the c-shaped slot and explains the engineering and performance significance at a length far too detailed to repeat in this Table, and even includes an apparent wind tunnel experiment teaching air flows across the club. |
| | Exhibit 8 further states at page 7, "The most aerodynamic oversized woods in golf. Engineered with a unique airflow channel in the sole that reduces drag, and dramatically increases clubhead speed. Which means you'll hit the ball longer and straighter…." (emphasis added) |
| | Exhibit 9 pictures the c-shaped slot at pages 2, 4, and 5. |
| | Exhibit 9 states at page 3, "But by far, the design feature generating most of the commentary was the channeled sole." (emphasis added) |
| | Exhibit 9 at pages 4-5 describes the c-shaped slot and explains the engineering and performance significance at a length far too detailed to repeat in this Table, and even includes an illustration showing air flows across the club. |
| | Exhibit 10 pictures the c-shaped slot and describes it as "an aerodynamic heel-to-toe channel" |
| | Exhibits 11 and 12 picture the c-shaped slot (from the heel) and describe it as "The most aerodynamic oversized woods in golf. Engineered with a unique airflow channel in the sole that reduces drag, and dramatically increases clubhead speed. Which means you'll |

15

EXHIBIT 9
Page 56

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 16 of 34*

| | |
|---|---|
| | hit the ball longer and straighter." (emphasis added)<br><br>Exhibit 13 pictures the c-shaped slot.<br><br>Exhibit 14 pictures the c-shaped slot and describes it (Col. 1, beginning with the last three lines) as "The chief design engineer says an air-flow channel along the sole directs air around the oversized head and reduces drag forces…." |
| said aerodynamic configuration further including a skid surface formed on and raised from said bottom surface; | The references do not explicitly teach this element. |
| said skid surface having a wall separating said skid surface from said bottom surface. | The references do not explicitly teach this element. |
| 2. The aerodynamic golf club head of claim 1 further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | The references do not explicitly teach this element. |
| 3. The aerodynamic golf club head of claim 1 wherein said slot is further defined by being offset from said heel of said club head. | Exhibit 8 at pages 1, 3-6, and 8 clearly pictures the slot offset.<br><br>Exhibit 9 at pages 2 and 5 clearly pictures the slot offset.<br><br>Exhibit 10 pictures the slot offset.<br><br>Exhibit 13 pictures the slot offset.<br><br>Exhibit 14 pictures the slot offset. |
| 4. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibits 8-14 all teach an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom | Exhibit 8 pictures the c-shaped slot having an |

16

EXHIBIT 9
Page 57

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 17 of 34

| surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | open end facing forwardly toward the ball striking face at pages 1, 3, 4, 5, 6, and 8. The aerodynamic aspects of this element are clearly described in the references. |
|---|---|
| | Exhibit 8 states at page 4, "It [the "Air Bear"] is engineered to cut through the air with unparalleled speed and strike with pinpoint accuracy…The most aerodynamic oversized woods in golf…." |
| | Exhibit 8 at page 5 describes the c-shaped slot and explains the engineering and performance significance at a length far too detailed to repeat in this Table, and even includes an apparent wind tunnel experiment showing air flows across the club. |
| | Exhibit 8 further states at page 7, "The most aerodynamic oversized woods in golf. Engineered <u>with a unique airflow channel in the sole</u> that reduces drag, and dramatically increases clubhead speed. Which means you'll hit the ball longer and straighter…." (emphasis added) |
| | Exhibit 9 pictures the c-shaped slot having an open end facing forwardly toward the ball striking face at pages 2, 4, and 5. |
| | Exhibit 9 states at page 3, "But by far, the design feature generating most of the commentary was <u>the channeled sole</u>." (emphasis added) |
| | Exhibit 9 at pages 4-5 describes the c-shaped slot and explains the engineering and performance significance at a length far too detailed to repeat in this Table, and even includes an illustration showing air flows across the club. |
| | Exhibit 10 pictures the c-shaped slot having an open end facing forwardly toward the ball |

17

EXHIBIT 9
Page 58

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 18 of 34

| | |
|---|---|
| | striking face and describes it as "an aerodynamic heel-to-toe channel" |
| | Exhibit 13 pictures the c-shaped slot having an open end facing forwardly toward the ball striking face. |
| | Exhibit 14 pictures the c-shaped slot having an open end facing forwardly toward the ball striking face and describes it (Col. 1, beginning with the last three lines) as "The chief design engineer says an air-flow channel along the sole directs air around the oversized head and reduces drag forces…." |
| said slot being offset from a center of said bottom surface centerline passing through a longitudinal in a heel-to-toe direction. | Exhibit 8 at pages 1, 3-6, and 8 clearly pictures the slot offset from a center of the bottom surface centerline passing through a longitudinal in a heel-to-toe direction. |
| | Exhibit 9 at pages 2 and 5 clearly pictures the slot offset from a center of the bottom surface centerline passing through a longitudinal in a heel-to-toe direction. |
| | Exhibit 10 pictures the slot offset from a center of the bottom surface centerline passing through a longitudinal in a heel-to-toe direction. |
| | Exhibit 13 pictures the slot offset from a center of the bottom surface centerline passing through a longitudinal in a heel-to-toe direction. |
| | Exhibit 14 pictures the slot offset from a center of the bottom surface centerline passing through a longitudinal in a heel-to-toe direction. |

18

EXHIBIT 9
Page 59

| | |
|---|---|
| 5. The aerodynamic golf club head of claim 4 wherein said slot is offset toward said heel. | The references teach this element implicitly.[4] |
| 6. The aerodynamic golf club head of claim 4 ("claim 3" was changed to "claim 4" by Certificate of Correction granted July 1, 2008) wherein said slot is offset toward said toe. | Exhibit 8 and 9 both teach this element. Exhibit 8 at pages 1, 3-6, and 8 clearly pictures the slot offset toward the toe. Exhibit 9 at pages 2 and 5 clearly pictures the slot offset toward the toe. Exhibit 10 clearly pictures the slot offset toward the toe. Exhibit 13 clearly pictures the slot offset toward the toe.[5] |
| 7. The aerodynamic golf club of claim 1 wherein said slot is further defined by being offset from said toe of said club head. | Exhibits 8 and 9 picture the slot offset. |
| 8. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibits 8-10 and 13-14 all teach an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |

---

[4] As discussed above in Footnote 1, the specification of the '754 patent clearly defines the language "offset in the direction of the toe" and "offset in the direction of the heel." At Col. 3, lines 22-26, it states "FIG. 9 shows another embodiment of the present invention.... and an aerodynamic slot 330 which is offset in the direction of the toe 316 of the club head 300." FIG. 9 then shows a c-shaped slot wherein the majority of the length and volume of the slot lies on the toe side of the sole. Conversely, at Col. 3, lines 27-30, the specification states, "FIG. 10 shows another embodiment similar to FIG. 9....and an aerodynamic slot 430 which is offset in the direction of the heel 414 of the club head 400." FIG. 10 then shows a c-shaped slot wherein the majority of the length and volume of the slot lies on the heel side of the sole. The teaching of a toe offset slot is implicit in the teaching of a heel offset slot, and vice versa, as the specification refers to the complementary relationship between the two offsets at several points: The specification states that "FIG. 10 shows another embodiment similar to FIG. 9...." (Col 3, line 27); and "It will be appreciated that the offset aerodynamic slots of FIGS. 9 and 10 allow greater club head speed at the heel or toe selectively in order to more effectively accommodate the swing characteristics of a particular golfer, whether left-handed or right-handed." (Col 3, lines 31-35, emphasis added)

[5] For example, in Exhibit 13, the word "Nicklaus" on the sole can be seen to lie at approximately the midpoint of the club face, and therefore the majority of the c-shaped slot can be seen to lie on the toe side of the club head.

19

EXHIBIT 9
Page 60

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 20 of 34

| | |
|---|---|
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 8 pictures the c-shaped slot at pages 1, 3, 4, 5, 6, and 8. The aerodynamic aspects of this element are clearly described in the references. |
| | Exhibit 8 states at page 4, "It [the "Air Bear"] is engineered to cut through the air with unparalleled speed and strike with pinpoint accuracy…The most aerodynamic oversized woods in golf…." |
| | Exhibit 8 at page 5 describes the c-shaped slot and explains the engineering and performance significance at a length far too detailed to repeat in this Table, and even includes an apparent wind tunnel experiment showing air flows across the club. |
| | Exhibit 8 further states at page 7, "The most aerodynamic oversized woods in golf. Engineered with a unique airflow channel in the sole that reduces drag, and dramatically increases clubhead speed. Which means you'll hit the ball longer and straighter…."(emphasis added) |
| | Exhibit 9 pictures the c-shaped slot at pages 2, 4, and 5. |
| | Exhibit 9 states at page 3, "But by far, the design feature generating most of the commentary was the channeled sole." (emphasis added) |
| | Exhibit 9 at pages 4-5 describes the c-shaped slot and explains the engineering and performance significance at a length far too detailed to repeat in this Table, and even includes an illustration showing air flows across the club. |
| | Exhibit 10 pictures the c-shaped slot having an open end facing forwardly toward the ball |

20

EXHIBIT 9
Page 61

| | striking face and describes it as "an aerodynamic heel-to-toe channel"<br><br>Exhibit 13 pictures the c-shaped slot having an open end facing forwardly toward the ball striking face.<br><br>Exhibit 14 pictures the c-shaped slot having an open end facing forwardly toward the ball striking face and describes it (Col. 1, beginning with the last three lines) as "The chief design engineer says an air-flow channel along the sole directs air around the oversized head and reduces drag forces...." |
|---|---|
| | |
| said aerodynamic configuration further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | The references do not explicitly teach this element. |

### E.    (Exhibit 15) U.S. Design Patent No. Des. 363,961

5        The '754 device as claimed is taught in U.S. Design Pat. No. Des. 363,961 (hereafter

"Krzynowek"), filed August 16, 1994, two years and four months prior to the date of invention;

and issued November 7, 1995, one year and one month prior to the date of the invention

(attached hereto as Exhibit 15).

        In particular, Krzynowek teaches an aerodynamic golf club head design featuring a c-

10      shaped aerodynamic slot on the club sole, including a raised sole skid plate, as follows:

21

EXHIBIT 9
Page 62

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. — ADAM-070208.044
Page 22 of 34

| Element by Element Claims from U.S. Pat. No. 5,735,754 | Claimed Elements as Taught in Krzynowek |
|---|---|
| 1. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 15, throughout the specification and at all Figures, teaches an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 15 teaches this element. A c-shaped slot having an open end facing forwardly toward said ball striking face is clearly pictured in FIGS. 5 and 7; and most particularly in FIG. 5. |
| said aerodynamic configuration further including a skid surface formed on and raised from said bottom surface; | Exhibit 15 teaches this element. The skid surface is clearly pictured in FIGS. 4 and 5. |
| said skid surface having a wall separating said skid surface from said bottom surface. | The reference does not explicitly teach this element. |
| 2. The aerodynamic golf club head of claim 1 further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | The reference does not explicitly teach this element. |
| 3. The aerodynamic golf club head of claim 1 wherein said slot is further defined by being offset from said heel of said club head. | The reference does not explicitly teach this element. |
| 4. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 15 teaches, at FIGS. 1-5, an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 15 teaches this element. A c-shaped slot having an open end facing forwardly toward said ball striking face is clearly pictured in FIGS. 5 and 7; and most particularly in FIG. 5. |
| said slot being offset from a center of said | Exhibit 15 teaches this element. The slot offset |

22

EXHIBIT 9
Page 63

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. -- ADAM-070208.044
*Page 23 of 34*

| | |
|---|---|
| bottom surface centerline passing through a longitudinal in a heel-to-toe direction. | is clearly taught in FIGS. 5-7. (Because the slot is offset, it appears in FIGS. 5 and 7; and conversely <u>does not</u> appear in FIG. 6). |
| 5. The aerodynamic golf club head of claim 4 wherein said slot is offset toward said heel. | Exhibit 15 teaches this element. The slot offset is clearly taught in FIGS. 5-7. (Because the slot is offset, it appears in FIGS. 5 and 7; and conversely <u>does not</u> appear in FIG. 6). |
| 6. The aerodynamic golf club head of claim 4 ("claim 3" was changed to "claim 4" by Certificate of Correction granted July 1, 2008) wherein said slot is offset toward said toe. | Exhibit 15 makes this element an obvious variant under 35 U.S.C. §103.[6] The slot offset is clearly taught in FIGS. 5-7. (Because the slot is offset, it appears in FIGS. 5 and 7; and conversely <u>does not</u> appear in FIG. 6). It would have been obvious to offset the slot in an opposite direction from the heel, in order to produce an opposing effect. |
| 7. The aerodynamic golf club of claim 1 wherein said slot is further defined by being offset from said toe of said club head. | Exhibit 15 teaches this element. The slot offset is clearly taught in FIGS. 5-7. (Because the slot is offset, it appears in FIGS. 5 and 7; and conversely <u>does not</u> appear in FIG. 6). |
| 8. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibits 15, throughout the specification and at all Figures, teaches an aerodynamic golf club head having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 15 teaches this element. A c-shaped slot having an open end facing forwardly toward said ball striking face is clearly pictured in FIGS. 5 and 7; and most particularly in FIG. 5. |
| said aerodynamic configuration further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | The reference does not explicitly teach this element. |

---

[6] See footnotes 2, 3, and 4 above.

23

EXHIBIT 9
Page 64

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 24 of 34*

F.     **(Exhibit 16) U.S. Design Patent No. Des. 372,063**

The '754 device as claimed is taught in U.S. Design Patent No. Des. 372,063 (hereafter

5   "Hueber"), filed July 7, 1994, two years and five months prior to the date of the invention; and

issued July 23, 1996, five months prior to the date of the invention (attached hereto as Exhibit

16).

In particular, Hueber teaches an aerodynamic golf club head design featuring a c-shaped

aerodynamic slot on the club sole and a raised skid surface on the club sole, as follows:

10

| **Element by Element Claims from U.S. Pat. No. 5,735,754** | **Claimed Elements as Taught in Hueber** |
|---|---|
| 1. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 16, throughout the specification and at all Figures, teaches an aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 16 teaches this element. A c-shaped slot having an open end facing forwardly toward the ball striking face is seen well at Fig. 7. |
| said aerodynamic configuration further including a skid surface formed on and raised from said bottom surface; | Exhibit 16 teaches this element. A skid surface formed on and raised from the bottom surface is seen well in Figs. 3, 5, and 7. |
| said skid surface having a wall separating said skid surface from said bottom surface. | Exhibit 16 teaches this element. A skid surface having a wall separating the skid surface from the bottom surface is seen well in Figs. 3, 5, and 7. |
| 2. The aerodynamic golf club head of claim 1 | Exhibit 16 does not explicitly teach this |

24

EXHIBIT 9
Page 65

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 25 of 34

| | |
|---|---|
| further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | element. |
| 3. The aerodynamic golf club head of claim 1 wherein said slot is further defined by being offset from said heel of said club head. | Exhibit 16 does not explicitly teach this element. |
| 4. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 16 throughout the specification and at all Figures, teaches an aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 16 teaches this element. A c-shaped slot having an open end facing forwardly toward the ball striking face is seen well at Fig. 7. |
| said slot being offset from a center of said bottom surface centerline passing through a longitudinal in a heel-to-toe direction. | Exhibit 16 teaches this element. A c-shaped slot offset from a center of said bottom surface centerline passing through a longitudinal in a heel-to-toe direction is seen well at Fig. 7. |
| 5. The aerodynamic golf club head of claim 4 wherein said slot is offset toward said heel. | Exhibit 16 does not explicitly teach this element. |
| 6. The aerodynamic golf club head of claim 4 ("claim 3" was changed to "claim 4" by Certificate of Correction granted July 1, 2008) wherein said slot is offset toward said toe. | Exhibit 16 does not explicitly teach this element. |
| 7. The aerodynamic golf club of claim 1 wherein said slot is further defined by being offset from said toe of said club head. | Exhibit 16 does not explicitly teach this element. |
| 8. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, | Exhibit 16 throughout the specification and at all Figures, teaches an aerodynamic golf club |

25

EXHIBIT 9
Page 66

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 26 of 34*

| | |
|---|---|
| ball striking face, upper surface and bottom surface, wherein the improvement comprises: | head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 16 teaches this element. A c-shaped slot having an open end facing forwardly toward the ball striking face is seen well at Fig. 7. |
| said aerodynamic configuration further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | Exhibit 16 does not explicitly teach this element. |

### G.      (Exhibit 17) U.S. Utility Patent No. 6,257,991

The '754 device as claimed is taught in U.S. Utility Patent No. 6,257,991 (hereafter

"Ortiz"), filed November 8, 1996, one month prior to the date of the invention; and issued July

5      10, 2001 (attached hereto as Exhibit 17)

In particular, Ortiz teaches an aerodynamic golf club head design featuring a c-shaped

aerodynamic slot on the club sole and a raised skid surface on the club sole, as follows:

| Element by Element Claims from U.S. Pat. No. 5,735,754 | Claimed Elements as Taught in Ortiz |
|---|---|
| 1. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 17, throughout the specification and at all Figures, teaches an aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 17 teaches this element. An aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face may be |

26

EXHIBIT 9
Page 67

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. -- ADAM-070208.044
Page 27 of 34

| | |
|---|---|
| | seen in Figs. 2, 3, 4, and 5, and is labeled as element 54. This element is taught at Col. 3, lines 31-39. |
| said aerodynamic configuration further including a skid surface formed on and raised from said bottom surface; | Exhibit 17 teaches this element. A skid surface formed on and raised from said bottom surface may be seen in the space between elements 52 in Fig. 4. This element is taught at Col. 3, lines 24-30. |
| said skid surface having a wall separating said skid surface from said bottom surface. | Exhibit 17 teaches this element. The wall separating the skid surface from the bottom surface may be seen in Fig. 5. |
| 2. The aerodynamic golf club head of claim 1 further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | Exhibit 17 does not explicitly teach this element. |
| 3. The aerodynamic golf club head of claim 1 wherein said slot is further defined by being offset from said heel of said club head. | Exhibit 17 does not explicitly teach this element. |
| 4. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 17, throughout the specification and at all Figures, teaches an aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 17 teaches this element. An aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face may be seen in Figs. 2, 3, 4, and 5, and is labeled as element 54. This element is taught at Col. 3, lines 31-39. |
| said slot being offset from a center of said bottom surface centerline passing through a longitudinal in a heel-to-toe direction. | Exhibit 17 does not explicitly teach this element. |

27

EXHIBIT 9
Page 68

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 28 of 34

| | |
|---|---|
| 5. The aerodynamic golf club head of claim 4 wherein said slot is offset toward said heel. | Exhibit 17 does not explicitly teach this element. |
| 6. The aerodynamic golf club head of claim 4 ("claim 3" was changed to "claim 4" by Certificate of Correction granted July 1, 2008) wherein said slot is offset toward said toe. | Exhibit 17 does not explicitly teach this element. |
| 7. The aerodynamic golf club of claim 1 wherein said slot is further defined by being offset from said toe of said club head. | Exhibit 17 does not explicitly teach this element. |
| 8. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 17 throughout the specification and at all Figures, teaches an aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface. |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 17 teaches this element. An aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face may be seen in Figs. 2, 3, 4, and 5, and is labeled as element 54. This element is taught at Col. 3, lines 31-39. |
| said aerodynamic configuration further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | Exhibit 17 does not explicitly teach this element. |

28

EXHIBIT 9
Page 69

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
Page 29 of 34

6.   **Summary and Conclusion**

The following elements are taught <u>explicitly</u> by the particular references noted:

| Element by Element Claims from U.S. Pat. No. 5,735,754 | Limitation Taught By: |
| --- | --- |
| 1. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 1 (March, 1994 "<u>Golf Magazine</u>")<br>Exhibit 2 (March, 1994 "<u>Golf Digest</u>")<br>Exhibit 3 (April, 1994 "<u>Golf Digest</u>")<br>Exhibit 4 (May, 1994 "<u>Golf Magazine</u>")<br>Exhibit 5 (May, 1994 "<u>Golf Digest</u>")<br>Exhibit 6 (June, 1994 "<u>Golf Magazine</u>")<br>Exhibit 7 (June, 1994 "<u>Golf Digest</u>")<br>Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "<u>Petersen's Golfing</u>")<br>Exhibit 10 (April, 1996 "<u>Golf Digest</u>")<br>Exhibit 11 (March, 1996 "<u>Golf Magazine</u>")<br>Exhibit 12 (April, 1996 "<u>Golf Magazine</u>")<br>Exhibit 13 (May, 1996 "<u>Golf Magazine</u>")<br>Exhibit 14 (September, 1996 "<u>Golf Magazine</u>")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek")<br>Exhibit 16 (U.S. Pat. D372,063 –"Hueber")<br>Exhibit 17 (U.S. Pat. 6,257,991 –"Ortiz") |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 1 (March, 1994 "<u>Golf Magazine</u>")<br>Exhibit 2 (March, 1994 "<u>Golf Digest</u>")<br>Exhibit 3 (April, 1994 "<u>Golf Digest</u>")<br>Exhibit 4 (May, 1994 "<u>Golf Magazine</u>")<br>Exhibit 5 (May, 1994 "<u>Golf Digest</u>")<br>Exhibit 6 (June, 1994 "<u>Golf Magazine</u>")<br>Exhibit 7 (June, 1994 "<u>Golf Digest</u>")<br>Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "<u>Petersen's Golfing</u>")<br>Exhibit 10 (April, 1996 "<u>Golf Digest</u>")<br>Exhibit 11 (March, 1996 "<u>Golf Magazine</u>")<br>Exhibit 12 (April, 1996 "<u>Golf Magazine</u>")<br>Exhibit 13 (May, 1996 "<u>Golf Magazine</u>")<br>Exhibit 14 (September, 1996 "<u>Golf Magazine</u>")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek")<br>Exhibit 16 (U.S. Pat. D372,063 –"Hueber")<br>Exhibit 17 (U.S. Pat. 6,257,991 –"Ortiz") |
| said aerodynamic configuration further including a skid surface formed on and raised | Exhibit 15 (U.S. Pat. D363,961–"Krzynowek")<br>Exhibit 16 (U.S. Pat. D372,063 –"Hueber") |

29

EXHIBIT 9
Page 70

| | |
|---|---|
| from said bottom surface; | Exhibit 17 (U.S. Pat. 6,257,991 –"Ortiz") |
| said skid surface having a wall separating said skid surface from said bottom surface. | Exhibit 16 (U.S. Pat. D372,063 –"Hueber")<br>Exhibit 17 (U.S. Pat. 6,257,991 –"Ortiz") |
| 2. The aerodynamic golf club head of claim 1 further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | |
| 3. The aerodynamic golf club head of claim 1 wherein said slot is further defined by being offset from said heel of said club head. | Exhibit 1 (March, 1994 "Golf Magazine")<br>Exhibit 2 (March, 1994 "Golf Digest")<br>Exhibit 3 (April, 1994 "Golf Digest")<br>Exhibit 4 (May, 1994 "Golf Magazine")<br>Exhibit 5 (May, 1994 "Golf Digest")<br>Exhibit 6 (June, 1994 "Golf Magazine")<br>Exhibit 7 (June, 1994 "Golf Digest")<br>Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "Petersen's Golfing")<br>Exhibit 10 (April, 1996 "Golf Digest")<br>Exhibit 13 (May, 1996 "Golf Magazine")<br>Exhibit 14 (September, 1996 "Golf Magazine") |
| 4. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 1 (March, 1994 "Golf Magazine")<br>Exhibit 2 (March, 1994 "Golf Digest")<br>Exhibit 3 (April, 1994 "Golf Digest")<br>Exhibit 4 (May, 1994 "Golf Magazine")<br>Exhibit 5 (May, 1994 "Golf Digest")<br>Exhibit 6 (June, 1994 "Golf Magazine")<br>Exhibit 7 (June, 1994 "Golf Digest")<br>Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "Petersen's Golfing")<br>Exhibit 10 (April, 1996 "Golf Digest")<br>Exhibit 11 (March, 1996 "Golf Magazine")<br>Exhibit 12 (April, 1996 "Golf Magazine")<br>Exhibit 13 (May, 1996 "Golf Magazine")<br>Exhibit 14 (September, 1996 "Golf Magazine")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek")<br>Exhibit 16 (U.S. Pat. D372,063 –"Hueber")<br>Exhibit 17 (U.S. Pat. 6,257,991 –"Ortiz") |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of | Exhibit 1 (March, 1994 "Golf Magazine")<br>Exhibit 2 (March, 1994 "Golf Digest") |

30

EXHIBIT 9
Page 71

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 31 of 34*

| | |
|---|---|
| a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 3 (April, 1994 "Golf Digest")<br>Exhibit 4 (May, 1994 "Golf Magazine")<br>Exhibit 5 (May, 1994 "Golf Digest")<br>Exhibit 6 (June, 1994 "Golf Magazine")<br>Exhibit 7 (June, 1994 "Golf Digest")<br>Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "Petersen's Golfing")<br>Exhibit 10 (April, 1996 "Golf Digest")<br>Exhibit 13 (May, 1996 "Golf Magazine")<br>Exhibit 14 (September, 1996 "Golf Magazine")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek")<br>Exhibit 16 (U.S. Pat. D372,063 –"Hueber")<br>Exhibit 17 (U.S. Pat. 6,257,991 –"Ortiz") |
| said slot being offset from a center of said bottom surface centerline passing through a longitudinal in a heel-to-toe direction. | Exhibit 1 (March, 1994 "Golf Magazine")<br>Exhibit 2 (March, 1994 "Golf Digest")<br>Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "Petersen's Golfing")<br>Exhibit 10 (April, 1996 "Golf Digest")<br>Exhibit 13 (May, 1996 "Golf Magazine")<br>Exhibit 14 (September, 1996 "Golf Magazine")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek")<br>Exhibit 16 (U.S. Pat. D372,063 –"Hueber") |
| 5. The aerodynamic golf club head of claim 4 wherein said slot is offset toward said heel. | Exhibit 1 (March, 1994 "Golf Magazine")<br>Exhibit 2 (March, 1994 "Golf Digest")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek") |
| 6. The aerodynamic golf club head of claim 4 ("claim 3" was changed to "claim 4" by Certificate of Correction granted July 1, 2008) wherein said slot is offset toward said toe. | Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "Petersen's Golfing")<br>Exhibit 10 (April, 1996 "Golf Digest")<br>Exhibit 13 (May, 1996 "Golf Magazine") |
| 7. The aerodynamic golf club of claim 1 wherein said slot is further defined by being offset from said toe of said club head. | Exhibit 1 (March, 1994 "Golf Magazine")<br>Exhibit 2 (March, 1994 "Golf Digest")<br>Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "Petersen's Golfing")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek") |
| 8. An aerodynamic golf club head including a club head body having a heel, toe, rear surface, | Exhibit 1 (March, 1994 "Golf Magazine")<br>Exhibit 2 (March, 1994 "Golf Digest") |

31

EXHIBIT 9
Page 72

In re Reexamination of U.S. Pat. No. 5,735,754
Serial No. 08/759,924
Requester's File Ref. – ADAM-070208.044
*Page 32 of 34*

| | |
|---|---|
| ball striking face, upper surface and bottom surface, wherein the improvement comprises: | Exhibit 3 (April, 1994 "Golf Digest")<br>Exhibit 4 (May, 1994 "Golf Magazine")<br>Exhibit 5 (May, 1994 "Golf Digest")<br>Exhibit 6 (June, 1994 "Golf Magazine")<br>Exhibit 7 (June, 1994 "Golf Digest")<br>Exhibit 8 (publicly distributed literature)<br>Exhibit 9 (1996, "Petersen's Golfing")<br>Exhibit 10 (April, 1996 "Golf Digest")<br>Exhibit 13 (May, 1996 "Golf Magazine")<br>Exhibit 14 (September, 1996 "Golf Magazine")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek")<br>Exhibit 16 (U.S. Pat. D372,063 –"Hueber")<br>Exhibit 17 (U.S. Pat. 6,257,991 –"Ortiz") |
| an aerodynamic configuration on said bottom surface adjacent said rear surface in the form of a c-shaped slot having an open end facing forwardly toward said ball striking face; | Exhibit 1 (March, 1994 "Golf Magazine")<br>Exhibit 2 (March, 1994 "Golf Digest")<br>Exhibit 3 (April, 1994 "Golf Digest")<br>Exhibit 4 (May, 1994 "Golf Magazine")<br>Exhibit 5 (May, 1994 "Golf Digest")<br>Exhibit 6 (June, 1994 "Golf Magazine")<br>Exhibit 7 (June, 1994 "Golf Digest")<br>Exhibit 9 (1996, "Petersen's Golfing")<br>Exhibit 10 (April, 1996 "Golf Digest")<br>Exhibit 13 (May, 1996 "Golf Magazine")<br>Exhibit 14 (September, 1996 "Golf Magazine")<br>Exhibit 15 (U.S. Pat. D363,961–"Krzynowek")<br>Exhibit 16 (U.S. Pat. D372,063 –"Hueber")<br>Exhibit 17 (U.S. Pat. 6,257,991 –"Ortiz") |
| said aerodynamic configuration further including a venturi opening in fluid communication with and extending rearwardly from said c-shaped aerodynamic slot toward said rear surface. | |

32

EXHIBIT 9
Page 73

The major design elements of the '754 patent, that is, an aerodynamic design having a c-shaped slot and a raised skid plate on the bottom surface of a golf club head are fully anticipated by written references, occurring disqualifyingly before, under 35 U.S.C. § 102, both the alleged

5   date of invention and date of application of the '754 patent. To the extent that any element of the '754 patent, such as the c-shaped slot having a venturi opening, is not explicitly disclosed these represent minor design choices (i.e., it would be obvious to provide an outlet channel to any flow channel) that would have been well within the grasp of one skilled in the at the time of invention, as such is interpreted under 35 U.S.C. 103. Accordingly, they would not have been accorded

10   patentable status if the written prior art disclosed in this Request for Ex Parte Reexamination would have been presented to the Examiner.

Ex parte reexamination of claims 1-8 of the '754 patent is requested. A fee in the amount of $2520 is submitted along with this request.

15                                                 Respectfully submitted,


        September 2, 2008                          /Michael J. Gallagher/

                Date                       Michael J. Gallagher
                                           Registration No. 52,405
20
                    Gallagher & Dawsey Co., LPA
                    Customer No. 34,142
                    Mailing Address:
                        U.S.P.T.O. Customer Number 34,142
25                      P.O. Box 785
                        Columbus, Ohio 43216
                        (614) 228-6280 ext. 17 (Telephone)
                        (614) 228-6704 (FAX)


                                    33

EXHIBIT 9
Page 74