ANTHONY L. CANNON (CA Bar No. 162986)
**CANNON & NELMS**
160 S. Old Spring Road, Suite 200
Anaheim, CA 92808
Telephone: (714) 637-4400
Facsimile: (714) 637-4444
tcannon@cannonnelms.com

EDWARD P. WALKER (*Admitted Pro Hac Vice*)
JOHN W. O'MEARA (*Admitted Pro Hac Vice*)
**OLIFF & BERRIDGE, PLC**
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400; Facsimile: (703) 836-2787
ewalker@oliff.com
jomeara@oliff.com

**Attorneys for Defendant,
Roger Cleveland Golf Company, Inc.**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ROGER CLEVELAND GOLF COMPANY, INC., a California Corporation, <br><br> Defendant/Counterclaim Plaintiff | Case No. SACV10-1198 CJC (RNBx) <br><br> Hon. Cormac J. Carney <br><br> **[PROPOSED] ORDER GRANTING CLEVELAND GOLF'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT PLAINTIFF IS PRECLUDED FROM RECOVERING DAMAGES FOR PRODUCTS PRESENT IN THE UNITED STATES BEFORE JANUARY 5, 2010** |

1

The Court, having considered Defendant/Counterclaim Plaintiff Roger Cleveland Golf Company, Inc.'s ("Cleveland Golf's") motion pursuant to Fed. R. Civ. P. 56 for partial summary judgment on Cleveland Golf's Eighth Affirmative Defense that Plaintiff/Counterclaim Defendant The Irrevocable Trust of Anthony J. Antonious ("Plaintiff" or "Antonious") is precluded from recovering damages for products that were present in the United States prior to January 5, 2010, and having considered the parties' memoranda, exhibits and arguments relating thereto, it is hereby ORDERED that:

1. Cleveland Golf's motion is granted; and

2. In the event that any of Cleveland Golf's products are found to infringe a valid claim of U.S. Patent No. 5,735,754, Plaintiff is precluded from recovering damages for any such products that were present in the United States prior to January 5, 2010.

Dated:_____

_____
Hon. Cormac J. Carney
United States District Court