SEPEHR DAGHIGHIAN, State Bar No. 239349
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:  (310) 887-1333
Facsimile:  (310) 887-1334
E-mail: sepehr@daghighian.com

MELVIN K. SILVERMAN, *Pro Hac Vice*
**M.K. SILVERMAN & ASSOCIATES, P.C.**
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone:  (973) 508-5033
Facsimile:  (888) 889-5866
E-mail: mks@mkspc.com

Attorneys for Plaintiff:
**THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ROGER CLEVELAND GOLF COMPANY, INC. a California Corporation,<br><br>    Defendant/Counterclaim Plaintiff. | Case No.: SACV10-1198 CJC (RNBx)<br><br>**STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date:    January 10, 2011<br>Time:   1:30 p.m.<br>Place:   Courtroom 9B<br>Judge:   Hon. Cormac J. Carney |

   Plaintiff, The Irrevocable Trust of Anthony J. Antonious (the "Plaintiff" or "Antonious") hereby submits its Statement of Genuine Issues in Dispute, pursuant to Central District of California Local Rule 56-2 concurrently with its memorandum of points and authorities in opposition to Defendant Roger Cleveland

Golf Company, Inc.'s ("Cleveland Golf") Motion for Partial Summary Judgment that Plaintiff is Precluded from Recovering Damages for Products Present in the United States Before January 5, 2010 (the "Motion.")

Plaintiff does not dispute Uncontroverted Facts Nos. 1 though 24 or 26 though 38, by Defendant. Plaintiff disputes the following facts asserted by Defendant:

| **MOVING PARTY'S ALLEGED UNCONTROVERTED FACTS** | **RESPONSE IN OPPOSITION** |
|---|---|
| 25. Originally-issued claim 4 did not include the above-quoted features of amended claim 1 or added claim 9. | As set forth in great detail in Plaintiff's Opposition brief to the Motion, Plaintiff contends that properly construed Claim 4 is substantively identical to reexamined claim 9. |
| 39. None of the originally-issued claims of the '754 Patent include the above-qoted features of reexamined claim 9. | Claim 9 is substantively identical to Claim 4 when Claim 4 is properly construed in light of the intrinsic evidence of record.  See: Opposition brief to Motion. |

Dated:

December 19, 2010

Respectfully submitted,
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**

/s/Sepehr Daghighian
SEPEHR DAGHIGHIAN, ESQ.
Attorney for Plaintiff: The Irrevocable Trust of Anthony J. Antonious
E-mail: sepehr@daghighian.com

**STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210