UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-01198-CJC(RNBx) | Date | January 10, 2011 |
|---|---|---|---|
| Title | The Irrevocable Trust of Anthony J. Antonious v. Roger Cleveland Golf Company, Inc. | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sepehr Daghighian | Edward P. Walker<br>Anthony L. Cannon<br>Don Reino |

**Proceedings:** DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT PLAINTIFF IS PRECLUDED FROM RECOVERING DAMAGES FOR PRODUCTS PRESENT IN THE UNITED STATES BEFORE JANUARY 5, 2010 (fld 12/13/10)

Motion hearing held.  Court hears oral argument and takes Defendant's motion for partial summary judgment under submission.

:  37

Initials of Preparer  mu