ANTHONY L. CANNON (SBN. 162986)
**CANNON & NELMS**
160 S. Old Spring Road, Suite 200
Anaheim, CA 92808
Telephone: (714) 637-4400; Facsimile: (714) 637-4444
tcannon@cannonnelms.com

JS-6

EDWARD P. WALKER (*Pro Hac Vice Pending*)
JOHN W. O'MEARA (*Pro Hac Vice Pending*)
**OLIFF & BERRIDGE, PLC**
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400; Facsimile: (703) 836-2787
ewalker@oliff.com
jomeara@oliff.com

Attorneys for Defendant/Counterclaim Plaintiff
Roger Cleveland Golf Company, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>ROGER CLEVELAND GOLF COMPANY, INC., a California Corporation,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. SACV10-1198 CJC (RNBx)<br><br>Honorable Cormac J. Carney<br><br>(~~Proposed~~)<br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>FRCP 41 |

///
///
///

1

1  The court having received a stipulation executed by all parties, by and
2  through their counsel of record, for dismissal with prejudice of this action, and good
3  cause appearing, the court hereby orders this action dismissed.

5  Dated: 3/7/11

By: _____
Hon. Cormac J. Carney